# EXHIBIT "H"


# TORYS
LLP

1114 Avenue of the Americas
New York, New York
10036-7703
Tel. (212) 880-6000
Fax (212) 682-0200
www.torys.com

April 11, 2014

Heartland Energy Group Ltd.
1042 West End, OBB Grand Bahama
Grand Bahama
Bahamas

Heartland Energy Group Ltd.
c/o John MacDonald at jmac@enviromfg.com

Environmental Manufacturing Solutions LLC
7705 Progress Circle
Melbourne, FL  32904

Mr. John MacDonald
jmac@enviromfg.com

Mr. Stephen Rowley
steve@heartlandenergygroup.com

Re:  Fluid Energy Group

Dear Sirs:

We represent Fluid Energy Group Ltd. and its affiliates (collectively, "Fluid"), which are parties to licensing and manufacturing agreements with Heartland Energy Group Ltd. ("HEG") dated October 12, 2012, and amended and restated June 18, 2013, and manufacturing and shipping agreements with Environmental Manufacturing Solutions LLC and Environmental Manufacturing Solutions – East Coast (collectively, "EMS") dated November 1, 2012 (the "Agreements").

Under the Agreements, HEG licenses certain patented technology to Fluid and authorizes Fluid to manufacture and market products based on the patented technology. The patents relate to cleaning methods and compositions that are said to be "non-corrosive to metals" and to have been "shown to reduce corrosion levels to well below [U.S. Department of Transportation] corrosion limits of 6.25 mmpy." (U.S. Patent No. 8,163,102.)

John MacDonald, who is a Director of HEG, and Manager of EMS and Stephen Rowley, who is President of HEG, repeatedly assured Fluid before the Agreements were signed that the patented

36310-2001 16898035.2

- 2 -

technology was not corrosive to steel or aluminum and was not regulated for purposes of domestic and international transportation. Those assurances were made orally and in writing, including in the following documents that MacDonald and Rowley provided to Fluid (copies of which are enclosed herewith):

- The label for a product called Oil Safe AR, which MacDonald and Rowley represented was a commercial embodiment of the patented technology. This label bears the logos of EMS and Heartland Solutions Inc. ("Heartland Solutions"), of which Rowley is the registered agent. It states that the product is non-D.O.T. regulated. . . and will not corrode or rust metals" and "will not harm oil field equipment or promote corrosion."

- An EMS Material Safety Data Sheet dated March 13, 2009, for Oil Safe AR – Non Regulated Material, which states that the product is "not regulated as hazardous" by the U.S. Department of Transportation, Transport Canada (under the Transportation of Dangerous Goods Act) or international maritime and air transport agencies.

- A description of Oil Safe AR bearing the logos of EMS and Heartland Solutions, which states that the product "is 20 times less corrosive than even the 6.25 mmpy rating that would classify it as corrosive on a label."

- A Technical Data Sheet on Oil Safe AR bearing the Heartland Solutions logo, which states that the product's corrosion rates on steel and aluminum are "0.59 mmpy" and "3.96 mmpy," respectively, which is "NON-CORROSIVE."

- An Oil Safe AR PowerPoint presentation stating that the product is "non-D.O.T. regulated," "will not corrode or rust metals," "[r]equires no additional corrosion inhibitor addition" and "is 20 times less corrosive than even the 6.25 mmpy rating that would classify it as corrosive on a label."

In addition, MacDonald and Rowley provided Fluid with purported independent laboratory reports on the corrosion rates of Oil Safe AR and Mud Safe CR, which they represented was another commercial embodiment of the patented technology. The Oil Safe AR Immersion Corrosion test report is on the letterhead of "NASA Support Labs," and states that the corrosion rate of the product "does not exceed 6.25 millimeters per year" on "SAE C1020 Steel" or "7075-T6 non-clad Aluminum." The Mud Safe CR Immersion Corrosion test report is on the letterhead of "Del Tech Laboratories Ltd." and it likewise states that the corrosion rate of the product does not exceed 6.25 mmpy on steel or aluminum.

The representations by MacDonald and Rowley that the patented technology was non-corrosive and not regulated for transportation purposes were material inducements to Fluid entering into the Agreements. Non-regulated status was crucial to Fluid's ability to market products to customers without incurring significant regulatory costs. In addition, having a non-corrosive and non-regulated product was a significant marketing advantage over competing products in the oil and gas industry.

- 3 -

Fluid relied on those representations and would not have entered into the Agreements without MacDonald's and Rowley's repeated and detailed assurances that the patented technology was non-corrosive and non-regulated.

Since it signed the Agreements, Fluid's customers have done corrosion testing of the patented technology and Fluid has confirmed that the technology does not come close to meeting a corrosion limit of 6.25 mmpy or the specific corrosion results stated in the documents referred to above. It has also learned that products embodying the technology are not exempt from applicable transportation regulations.

Fluid has also concluded that the supposed "NASA" and "Del Tech" laboratory reports are fabrications. There appears to be no "NASA Support Labs" at the address shown on the report or anywhere else; and no such laboratory is shown on NASA's Web site. The persons who supposedly signed the "NASA" report, "Luke Rothenburg" and "Dr. Pam Eglin Ph.D.," cannot be located. There also appears to be no "Del Tech Laboratories Ltd.," although there is a regulatory testing laboratory with a similar name, "Dell Tech Laboratories Ltd.," in London, Ontario. The "Del Tech" report provided to HEG is not signed, but the same report appears in a Heartland Solutions booklet of data bearing the purported signature of "Pam Eglin," the supposed signer of the "NASA" report.

The facts outlined above demonstrate that MacDonald and Rowley, individually and on behalf of HEG, fraudulently induced Fluid to enter into the Agreements. The claims made by MacDonald and Rowley that the patented technology was non-corrosive and non-regulated were false statements of fact; the fabrication of laboratory reports and other circumstances prove that MacDonald and Rowley knew the non-corrosion claims were false; the non-corrosion claims were material inducements to Fluid's entering into the Agreements; and Fluid has incurred significant damages as a result, including royalty payments under the Agreements, costs to develop non-corrosive products and lost profits.

Fluid's remedies for such fraud include:

- Rescission of the Agreements.

- Restitution of all royalty and other payments it has made under the Agreements.

- Damages, including recovery of Fluid's deposit payment to HEG for distribution rights in the U.S., its costs in developing non-corrosive products, and lost profits estimated to be several million dollars.

- Punitive damages.

- Attorneys' fees and other arbitration and court costs that may be incurred.

- Pre-judgment interest on the foregoing amounts.

- 4 -

Fluid hereby demands (i) that HEG and EMS acknowledge and agree that the Agreements are void and rescinded, and (ii) that HEG repay Fluid all royalties paid under the Agreements in the sum of $700,000 plus $100,000 that Fluid paid as a deposit for U.S. distribution rights.

If HEG and EMS do not comply with these demands by April 25, 2014, Fluid will pursue the remedies outlined above and any other legal or equitable remedies that may be available against HEG, EMS, MacDonald and Rowley.

Fluid also demands that HEG, EMS, MacDonald and Rowley (and all entities affiliated with them) retain without alteration all records, communications, notes, testing data and other recorded information in paper or electronic form that refers or relates to the patented technology or the Agreements. Failure to do so may constitute spoliation of evidence under applicable law.

Finally, if HEG, EMS, MacDonald or Rowley improperly interferes with Fluid's customer relationships, Fluid will vigorously pursue its remedies for such conduct.

Very truly yours,

*David Wawro*

David Wawro

Tel. (212) 880-6288
dwawro@torys.com

DW/rlf

cc: Mr. Clay Purdy