# EXHIBIT "I"

# BEUSSE WOLTER SANKS MORA & MAIRE, P.A.

JAMES H. BEUSSE
JACKSON O. BROWNLEE
ERICA M. CIPPARONE
AMBER N. DAVIS
JOHN L. DEANGELIS, JR.
PATRICK D. HERRON
DAVID G. MAIRE
CHRISTINE Q. MCLEOD
ENRIQUE J. MORA
CIAN G. O'BRIEN
FRED M. ROMANO
TERRY M. SANKS
TIMOTHY H. VAN DYKE
KEVIN W. WIMBERLY
ROBERT L. WOLTER

390 N. ORANGE AVENUE, SUITE 2500
ORLANDO, FLORIDA 32801
TELEPHONE (407) 926-7700
FACSIMILE (407) 926-7720
WWW.IPLAWFL.COM

WRITER'S DIRECT
DIAL/EMAIL
(407) 926-7716
ADAVIS@IPLAWFL.COM

April 30, 2014

*Via E-Mail and Regular Mail*
James T. Swanson
Burnet, Duckworth & Palmer, LLP
2400, 525-8th Avenue SW
Calgary, Alberta, Canada

Re:   *Letter to Mud Master and Rescission of Agreements*

Dear Mr. Swanson:

This firm represents Environmental Manufacturing Solutions – East Coast ("EMS") and Heartland Energy Group, Ltd. ("HEARTLAND") with respect to their intellectual property and other related matters. I have reviewed you letter dated April 11, 2014 to Mud Master Drilling Fluid Services and discussed its contents with my client. A true and correct copy of your letter is attached hereto for your reference as Exhibit "A." Apparently your client did not advise you as to all of the facts and circumstances surrounding the relationships between the parties because there are many incorrect statements included within your letter.

For instance, EMS does not have any licensing agreements with any Fluid entity and the agreements that EMS does have are not related to the Oil & Gas industry. Hopefully you reviewed the agreements before sending your letter, but if for some strange reason you didn't, please find the Packaging and Shipping and Manufacturing/Tolling Agreements attached hereto as Exhibits "B" and "C." As you can see from the agreements, EMS does not have a license agreement with Fluid Lux S.a.r.l and/or Fluid Energy Group, Ltd.

More importantly, because the agreements between EMS and Fluid Lux have absolutely nothing to do with the oil and gas industry, they have nothing to do with Mud Master. Mud Master has been a customer of HEARTLAND's since 2009, but has never even been introduced and was therefore unaware of EMS's existence and/or relationship with HEARTLAND and/or Fluid until you made the introduction in your letter. Your reference to EMS in the letter to Mud

James T. Swanson
Page 2 of 2
April 30, 2014

Master was completely unwarranted and unnecessary.  Should you or your client continue to engage in such conduct, we will be forced to pursue all remedies arising out of such conduct.

As for the allegations pertaining to the HEARTLAND and Fluid agreements and the attempted rescission thereof by Fluid, I will be addressing this in response to Mr. Wawro's letter dated April 11, 2014 and attached hereto as Exhibit "D."  Since it is unclear who is actually representing Fluid at this time, I will send you a courtesy copy of my response to Mr. Wawro for your records.

Very truly yours,

Amber N. Davis, Esq.

Encls:  Exhibits A-D
cc:      Client

# EXHIBIT "A"

**Burnet,**
**Duckworth**
**& Palmer** LLP
| Law Firm

Reply to: James T. Swanson
Direct Phone: **(403) 260-5712**
Direct Fax: **(403) 260-0332**
jts@bdplaw.com

Assistant: Janice Ariyanayagam
Direct Phone: **(403) 260-9477**
Our File: 72515-1

April 11, 2014

**VIA E-MAIL AND REGULAR MAIL**

Mud Master Drilling Fluid Services
#530, 1015 - 4th Street SW
Calgary, AlbertaT2R 1J4

Dear Sirs:

Re:     **Fluid Energy Group**

Please be advised that we are legal counsel for Fluid Energy Group Ltd. and its affiliates ("Fluid").    As we believe Mud Master is aware, Fluid is a party to licensing and manufacturing agreements with Heartland Energy Group Ltd. ("Heartland") and licensing and shipping agreements with Environmental Manufacturing Solutions LLC and Environmental Manufacturing Solutions – East Coast (collectively, "EMS").

Fluid has just served notice on both Heartland and EMS demanding, among other things, rescission of the above-noted agreements.   Legal proceedings may follow.

Fluid has also placed Heartland and EMS and their principals on notice that, if any of them improperly interferes with Fluid's customer relationships, Fluid will vigorously pursue its records for such conduct.   We are providing you with notice of the foregoing in order that you may govern yourselves accordingly in your dealings with the parties involved and with customer relationships of Fluid.   Should you engage or participate in any improper dealings with Fluid's customer relationships, Fluid's pursuit of its remedies arising out of such conduct may involve you, or anyone who carries out such conduct on your behalf or in concert with you.   All of Fluid's legal rights are expressly reserved.

Yours truly,

BURNET, DUCKWORTH & PALMER LLP

James T. Swanson

JTS/jpa

BD&P   2400, 525-8th Avenue SW, Calgary, Alberta, Canada T2P 1G1   Phone: 403-260-0100  Fax: 403-260-0332  **www.bdplaw.com**
Frank L. Burnet Q.C. (1890-1982) | Thomas J. Duckworth Q.C. (1925-2007) | James S. Palmer C.M., A.O.E., Q.C., LL.D. (1928-2013) | The Hon. W. Kenneth Moore C.M., Q.C., LL.D., Counsel

# EXHIBIT "B"

# Packaging and Shipping Agreement

This Packaging and Shipping Agreement (the "Agreement") is made this 1st day of November, 2012 by and between **Environmental Manufacturing Solutions-East Coast**, a Virginia company with offices at 2241 Barraud Avenue, Norfolk Virginia 23504 **(CONTRACTOR)** and **FLUID LUX S.À.R.L.,** a limited company duly organized under the laws of Luxembourg and having its principal place of business located at 73 Côte d'Eich, L-1450, Luxembourg **(OWNER)**, (each a "Party" and collectively, the "Parties").

WHEREAS, CONTRACTOR is in the business of packing and shipping chemical products and desires to increase the packing and shipping business of such products;

WHEREAS, OWNER has represented that it possesses the necessary expertise and marketing organization to promote and sell such products and has the desire and need for CONTRACTORS services;

NOW, THEREFORE, in consideration of the mutual promises and covenants hereinafter set forth, the parties agree as follows.

The parties mutually agree to enter into this agreement on the terms and conditions stated herein.

**Initial Term:** The initial term shall be for a period of not less that ten (10) years from the date this agreement is entered into.

**Renewal of Term:** Upon completion of the ten year term, this contract shall become "EVERGREEN" and will automatically renew unless either party gives notice to the other party within thirty (30) days of expiration of the initial term.

**Scope:** OWNER hereby appoints CONTRACTOR to, pack (bottle) it's chemical products into containers as provided by OWNER and to CONTRACTOR, label each container, box if appropriate size container is filled (boxes provided to CONTRACTOR and by OWNER) and ship all and any packed chemical products to fill any of the OWNERS orders within the United States of America and any other location World Wide as may be directed by the OWNER.

**Prices:**   The prices to be paid by OWNER and to CONTRACTOR for CONTRACTORS services shall be at the rate of:
$0.98 USD per US Quart, US ½ Gallon, US Gallon, or US 2.5 Gallon
$0.35 USD per GALLON for each US 55 Gallon Drum or US 275 Gallon Tote

**Price Increases:**   CONTRACTOR shall be granted one (1) price increase per year to allow for inflation of costs of doing business of a rate not to exceed 6.5% per year.

**Packing and Shipping Supplies:** OWNER at the OWNERS sole discretion and expense shall either supply the CONTRACTOR with packing containers, drums or totes, lids, caps, enclosures, labels, MSDS Sheets and /or shipping boxes, or shall permit the CONTRACTOR to purchase all or any of the above mentioned needed materials and submit the bill to the OWNER for re-payment.

**Warehousing:** CONTRACTOR shall hold and maintain all and any chemical product inventories and/or packing and shipping supplies for OWNER at no additional cost.

**Payment Terms:** Payments hereunder shall be due net forty-five (45) days from the date of shipment of the products, or from the date inventory is packed and held by the CONTRACTOR and at the DIRECTION of the OWNER by OWNER'S Purchase Order for such charges as taxes, duties, interest, or like special charges, payable to the bank or banks specified by CONTRACTOR in writing from time to time. All payments hereunder shall be made in U.S. dollars. CONTRACTOR shall not be obligated to ship Products against accepted orders in the event CONTRACTORS outstanding accounts receivable from OWNER then exceed or would after any such shipment exceed thirty (30) days past due. In the event of any dispute arising over any part of an invoice or the total amount due under an invoice, all undisputed amounts shall be promptly paid by OWNER and to CONTRACTOR.

**Overdue Payments:** If and for so long as any payment from OWNER to CONTRACTOR under this Agreement shall be overdue:

(a) Interest at the rate of Eight percent (8.0%) per annum shall automatically become due on all balances outstanding.

(b) CONTRACTOR shall have the right, it its sole discretion, to require payment for additional shipments of Products either by cash in advance or by an irrevocable transferable, divisible letter of credit in U.S. dollars confirmed by a U.S. bank specified by CONTRACTOR, instead of by open account as provided above.

**Freight:** All costs of freight/shipping shall be paid by OWNER and to CONTRACTOR for all and any orders of OWNERS products shipped out on behalf or OWNER and/or OWNERS customers/clients.

**Orders:** OWNER shall submit purchase orders for the Products to CONTRACTOR in writing or by email, fax, telegram, or cable which shall set forth, at a minimum:

(a) An identification of the Products ordered, including part numbers;

(b) Quantity;

(c)     Requested shipping dates;

(d)     Receivers name and telephone number; and

(e)     Shipping instructions and/or shipping address.

OWNER     :                          CONTRACTOR:
FLUID LUX S.À.R.L                    Environmental
                                     Manufacturing
                                     Solutions, East-Coast

By: Clay Purdy                       By: John MacDonald

Signature: _____           Signature: _____

Title: _Director_                    Title: PRESIDENT

# EXHIBIT "C"

# Manufacturing/Tolling Agreement

This Manufacturing and Tolling Agreement (the "Agreement") is made this 1st day of November, 2012 by and between **Environmental Manufacturing Solutions-East Coast**, a Virginia company with offices at 2241 Barraud Avenue, Norfolk Virginia 23504, Environmental Manufacturing Solutions, LLC, a Florida Limited Liability Company with offices at 7705 Progress Circle, Melbourne Florida 32904 **(CONTRACTOR)** and **FLUID LUX S.À.R.L.** ,a limited company duly organized under the laws of Luxembourg and having its principal place of business located at 73 Côte d'Eich, L-1450, Luxembourg **(OWNER)**, (each a "Party" and collectively, the "Parties").

WHEREAS, CONTRACTOR is in the business of manufacturing and blending chemical products and desires to increase the manufacturing and blending business of such products;

WHEREAS, OWNER has represented that it possesses the necessary expertise and marketing organization to promote and sell such products and has the desire and need for CONTRACTORS services;

NOW, THEREFORE, in consideration of the mutual promises and covenants hereinafter set forth, the parties agree as follows.

The parties mutually agree to enter into this agreement on the terms and conditions stated herein.

**Initial Term:** The initial term shall be for a period of not less that twenty five (25) years from the date this agreement is enter entered into.

**Renewal of Term:** Upon completion of the ten year term, this contract shall become "EVERGREEN" and will automatically renew unless either party gives notice to the other party within thirty (30) days of expiration of the initial term.

**Scope:** OWNER hereby appoints CONTRACTOR to, Manufacturer, Toll Blend and hold its chemical products in bulk containers (55 gallon drums and/or 275 gallon IBC totes) to fill any of the OWNERS orders within the United States of America and any other location World Wide as may be directed by the OWNER.

**Prices:**   The prices to be paid by OWNER and to CONTRACTOR for CONTRACTORS services shall provided in Exhibit "A" attached hereto

**Price Increases:** CONTRACTOR shall be granted one (1) price increase per year to allow for inflation of costs and goods of doing business of a rate not to exceed 8.0% per year.

**Quantity:**  CONTRACTOR shall Manufacturer and/or Toll Blend a quantity of each product ordered by OWNER of not less that 750 US Gallons per OWNERS order(s).

**Warehousing:**  CONTRACTOR shall hold and maintain all and any chemical product inventories for OWNER at no additional cost.

**Payment Terms:**  Payments hereunder shall be due net forty-five (45) days from the date of Manufacturing and/or Toll Blending of the OWNERS products, at the DIRECTION of the OWNER by OWNER'S Purchase Order for such charges as taxes, duties, interest, or like special charges, payable to the bank or banks specified by CONTRACTOR in writing from time to time.  All payments hereunder shall be made in U.S. dollars.  CONTRACTOR shall not be obligated to Manufacturer and/or Toll Blend Products against accepted orders in the event CONTRACTORS outstanding accounts receivable from OWNER then exceed or would after any such Manufacturing and/or Toll Blending exceed thirty  (30) days past due. In the event of any dispute arising over any part of an invoice or the total amount due under an invoice, all undisputed amounts shall be promptly paid by OWNER and to CONTRACTOR.

**Overdue Payments:**  If and for so long as any payment from OWNER to CONTRACTOR under this Agreement shall be overdue:

   (a) Interest at the rate of Eight percent (8.0%) per annum shall automatically become due on all balances outstanding.

   (b) CONTRACTOR shall have the right, it its sole discretion, to require payment for additional Manufacturing and/or Toll Blending of Products either by cash in advance or by an irrevocable transferable, divisible letter of credit in U.S. dollars confirmed by a U.S. bank specified by CONTRACTOR, instead of by open account as provided above.

**Freight:**  All costs of freight/shipping shall be paid by OWNER and to CONTRACTOR for all and any orders of OWNERS products shipped out on behalf or OWNER and/or OWNERS customers/clients.

## Manufacturing/Tolling Agreement
## Exhibit "A"

## PRICES

**All prices are per US 1 gallon w/the exception of Shore Grip.**

| PRODUCT NAME | MFG/TOLL COST PER US GALLON |
|---|---|
| Boat Wash | $10.90 |
| Black Streak Remover | $13.64 |
| Bilge Cleaner | $11.13 |
| Non-Skid Deck Cleaner | $11.17 |
| Hull Cleaner & Scale Remover | $8.16 |
| AC/Heat De-Scaler | $6.30 |
| Diesel Soot Remover | $14.67 |
| Raw Water Engine Flush | $7.81 |
| | |
| Shore Grip | $2.71 PER 2.10 OUNCE PACK |

OWNER:
FLUID LUX S.À.R.L

CONTRACTOR:
Environmental Manufacturing Solutions, LLC and Environmental Manufacturing Solutions -East Coast

By: Clay Purdy

Signature:

Title: DIRECTOR

By: John MacDonald

Signature:

Title: PRESIDENT

**Orders.**   OWNER shall submit purchase orders for the Products to CONTRACTOR in writing or by email, fax, telegram, or cable which shall set forth, at a minimum:

(a)   An identification of the Products ordered, including part numbers;

(b)   Quantity;

(c)   Packing size ( 55 US gallon drums and/or 275 US gallon totes)

OWNER:
FLUID LUX S.À.R.L

CONTRACTOR:
Environmental Manufacturing Solutions, LLC and Environmental Manufacturing Solutions -East Coast

By: Clay Purdy
Signature: _____
Title: DIRECTOR

By: John MacDonald
Signature: _____
Title: PRESIDENT

# EXHIBIT "D"



1114 Avenue of the Americas
New York, New York
10036-7703
Tel. (212) 880-6000
Fax (212) 682-0200
www.torys.com

April 11, 2014

Heartland Energy Group Ltd.
1042 West End, OBB Grand Bahama
Grand Bahama
Bahamas

Heartland Energy Group Ltd.
c/o John MacDonald at jmac@enviromfg.com

Environmental Manufacturing Solutions LLC
7705 Progress Circle
Melbourne, FL 32904

Mr. John MacDonald
jmac@enviromfg.com

Mr. Stephen Rowley
steve@heartlandenergygroup.com

Re: Fluid Energy Group

Dear Sirs:

We represent Fluid Energy Group Ltd. and its affiliates (collectively, "Fluid"), which are parties to licensing and manufacturing agreements with Heartland Energy Group Ltd. ("HEG") dated October 12, 2012, and amended and restated June 18, 2013, and manufacturing and shipping agreements with Environmental Manufacturing Solutions LLC and Environmental Manufacturing Solutions – East Coast (collectively, "EMS") dated November 1, 2012 (the "Agreements").

Under the Agreements, HEG licenses certain patented technology to Fluid and authorizes Fluid to manufacture and market products based on the patented technology. The patents relate to cleaning methods and compositions that are said to be "non-corrosive to metals" and to have been "shown to reduce corrosion levels to well below [U.S. Department of Transportation] corrosion limits of 6.25 mmpy." (U.S. Patent No. 8,163,102.)

John MacDonald, who is a Director of HEG, and Manager of EMS and Stephen Rowley, who is President of HEG, repeatedly assured Fluid before the Agreements were signed that the patented

- 2 -

technology was not corrosive to steel or aluminum and was not regulated for purposes of domestic and international transportation. Those assurances were made orally and in writing, including in the following documents that MacDonald and Rowley provided to Fluid (copies of which are enclosed herewith):

- The label for a product called Oil Safe AR, which MacDonald and Rowley represented was a commercial embodiment of the patented technology. This label bears the logos of EMS and Heartland Solutions Inc. (Heartland Solutions"), of which Rowley is the registered agent. It states that the product is non-D.O.T. regulated. . . and will not corrode or rust metals" and "will not harm oil field equipment or promote corrosion."

- An EMS Material Safety Data Sheet dated March 13, 2009, for Oil Safe AR – Non Regulated Material, which states that the product is "not regulated as hazardous" by the U.S. Department of Transportation, Transport Canada (under the Transportation of Dangerous Goods Act) or international maritime and air transport agencies.

- A description of Oil Safe AR bearing the logos of EMS and Heartland Solutions, which states that the product "is 20 times less corrosive than even the 6.25 mmpy rating that would classify it as corrosive on a label."

- A Technical Data Sheet on Oil Safe AR bearing the Heartland Solutions logo, which states that the product's corrosion rates on steel and aluminum are "0.59 mmpy" and "3.96 mmpy," respectively, which is "NON-CORROSIVE."

- An Oil Safe AR PowerPoint presentation stating that the product is "non-D.O.T. regulated," "will not corrode or rust metals," "[r]equires no additional corrosion inhibitor addition" and "is 20 times less corrosive than even the 6.25 mmpy rating that would classify it as corrosive on a label."

In addition, MacDonald and Rowley provided Fluid with purported independent laboratory reports on the corrosion rates of Oil Safe AR and Mud Safe CR, which they represented was another commercial embodiment of the patented technology. The Oil Safe AR Immersion Corrosion test report is on the letterhead of "NASA Support Labs," and states that the corrosion rate of the product "does not exceed 6.25 millimeters per year" on "SAE C1020 Steel" or "7075-T6 non-clad Aluminum." The Mud Safe CR Immersion Corrosion test report is on the letterhead of "Del Tech Laboratories Ltd." and it likewise states that the corrosion rate of the product does not exceed 6.25 mmpy on steel or aluminum.

The representations by MacDonald and Rowley that the patented technology was non-corrosive and not regulated for transportation purposes were material inducements to Fluid entering into the Agreements. Non-regulated status was crucial to Fluid's ability to market products to customers without incurring significant regulatory costs. In addition, having a non-corrosive and non-regulated product was a significant marketing advantage over competing products in the oil and gas industry.

- 3 -

Fluid relied on those representations and would not have entered into the Agreements without MacDonald's and Rowley's repeated and detailed assurances that the patented technology was non-corrosive and non-regulated.

Since it signed the Agreements, Fluid's customers have done corrosion testing of the patented technology and Fluid has confirmed that the technology does not come close to meeting a corrosion limit of 6.25 mmpy or the specific corrosion results stated in the documents referred to above. It has also learned that products embodying the technology are not exempt from applicable transportation regulations.

Fluid has also concluded that the supposed "NASA" and "Del Tech" laboratory reports are fabrications. There appears to be no "NASA Support Labs" at the address shown on the report or anywhere else; and no such laboratory is shown on NASA's Web site. The persons who supposedly signed the "NASA" report, "Luke Rothenburg" and "Dr. Pam Eglin Ph.D.," cannot be located. There also appears to be no "Del Tech Laboratories Ltd.," although there is a regulatory testing laboratory with a similar name, "Dell Tech Laboratories Ltd.," in London, Ontario. The "Del Tech" report provided to HEG is not signed, but the same report appears in a Heartland Solutions booklet of data bearing the purported signature of "Pam Eglin," the supposed signer of the "NASA" report.

The facts outlined above demonstrate that MacDonald and Rowley, individually and on behalf of HEG, fraudulently induced Fluid to enter into the Agreements. The claims made by MacDonald and Rowley that the patented technology was non-corrosive and non-regulated were false statements of fact; the fabrication of laboratory reports and other circumstances prove that MacDonald and Rowley knew the non-corrosion claims were false; the non-corrosion claims were material inducements to Fluid's entering into the Agreements; and Fluid has incurred significant damages as a result, including royalty payments under the Agreements, costs to develop non-corrosive products and lost profits.

Fluid's remedies for such fraud include:

- Rescission of the Agreements.

- Restitution of all royalty and other payments it has made under the Agreements.

- Damages, including recovery of Fluid's deposit payment to HEG for distribution rights in the U.S., its costs in developing non-corrosive products, and lost profits estimated to be several million dollars.

- Punitive damages.

- Attorneys' fees and other arbitration and court costs that may be incurred.

- Pre-judgment interest on the foregoing amounts.

36310-2001 16898035.2

- 4 -

Fluid hereby demands (i) that HEG and EMS acknowledge and agree that the Agreements are void and rescinded, and (ii) that HEG repay Fluid all royalties paid under the Agreements in the sum of $700,000 plus $100,000 that Fluid paid as a deposit for U.S. distribution rights.

If HEG and EMS do not comply with these demands by April 25, 2014, Fluid will pursue the remedies outlined above and any other legal or equitable remedies that may be available against HEG, EMS, MacDonald and Rowley.

Fluid also demands that HEG, EMS, MacDonald and Rowley (and all entities affiliated with them) retain without alteration all records, communications, notes, testing data and other recorded information in paper or electronic form that refers or relates to the patented technology or the Agreements.  Failure to do so may constitute spoliation of evidence under applicable law.

Finally, if HEG, EMS, MacDonald or Rowley improperly interferes with Fluid's customer relationships, Fluid will vigorously pursue its remedies for such conduct.

Very truly yours,

*David Wawro*

David Wawro

Tel. (212) 880-6288
dwawro@torys.com


DW/rlf

cc:  Mr. Clay Purdy



# Environmental Manufacturing Solutions LLC
7705 Progress Circle
Melbourne, Florida 32904
800-510-8812

PHONE: (321) 837-0500) or 1-877-424-6979 for MSDS Requests

CHEMTREC (PUBLIC EMERGENCY): 1-800-424-9300 (24 hours)

| H M I S   R A T I N G | |
|---|---|
| Health | 0 |
| Flammability | 0 |
| Reactivity | 0 |
| Personal Protection | NA |

---

**1. PRODUCT: *OIL SAFE AR - NON REGULATED MATERIAL***

| 2. HAZARDOUS *(OR OTHER)* INGREDIENTS | CAS NUMBER | OSHA PEL | ACGIH TLV | % RANGE |
|---|---|---|---|---|
| PROPRIETARY TRADE SECRET PERMITTED | NA | NA | NA | |

See Section– Federal Register Vol. 48 No. 228 Nov.

25, 1983 Rules & Regulations

---

**3. HEALTH HAZARD DATA:**

ROUTES OF ENTRY: _____ Inhalation __X__ Skin __X__ Eye __X__ Ingestion

CARCINOGENICITY: __X__ Not Listed _____ NTP _____ IARC _____ OSHA _____ ACGIH

OVEREXPOSURE: Medical Conditions Aggravated: ***None known***  Potential Effects: ***NA***

**4. EMERGENCY AND FIRST AID PROCEDURES:** | ***INHALATION: move to fresh air***
***SKIN CONTACT: Wash with soap and water. EYE CONTACT: Flush with water for 15 minutes. If pain persists seek medical attention. INGESTION: Drink 2-3 of glasses of water and consult a physician.***
***DO NOT INDUCE VOMITING.***

| 5. FIRE FIGHTING OR EXPLOSION DATA: | Flash Point, °F/°C: **NA** (PMCC Method) | Flammability Limits, | LEL, % | **NA** |
|---|---|---|---|---|
| | | | UEL, % | **NA** |

EXTINGUISHING MEDIA: ___ Water Fog ___ Alcohol Foam ___ $CO_2$ ___ Dry Chemical ___ Other

Unusual Fire and Explosion Hazards: ***None known***    NFPA 704 Rating: __0__ __0__ __0__ **NA**

Special Fire Fighting Procedures:    ***None known***

**6. ACCIDENTAL RELEASE MEASURES:**
IF MATERIAL IS RELEASED OR SPILLED:
***Spilled material should be washed away with copious amounts of water.  Material neutralizes with water.***

**7. PRECAUTIONS FOR SAFE HANDLING AND USE:** *STORE AWAY FROM THE REACH OF SMALL CHILDREN.*
PERSONAL PRECAUTIONS: ***None known***

STORAGE AND OTHER PRECAUTIONS: ***Keep container tightly closed when not in use.***

**8. CONTROL AND PROTECTION MEASURES:** *COMPLY IF APPLICABLE EXPOSURE LIMITS SHOWN IN SECTION 2 ABOVE.*
TLV (ACGIH):NA    PEL (OSHA): *NA*    TWA: **None**  STEL: **None**  Skin Note: **NA**

VENTILATION: Mechanical: ***Not required if used as directed***  Local: **Not Required**  Special: **Not Required**

PERSONAL PROTECTION: Respiratory: **NA**    Eyes: **Not required**  Skin: **Not Required**

Protective Equipment or Clothing: **Not required**    Work/Hygienic Practice: ***Routine personal hygiene***

**OIL SAFE AR**

| 9. PHYSICAL AND CHEMICAL CHARACTERISTICS | | | |
|---|---|---|---|
| Boiling Point, °F/°C: | 212 F | Melting Point, F/°C: | NA |
| Vapor Pressure (mm Hg): | NA | Specific Gravity ($H_2O$ =1): | 1.12 |
| Vapor Density (Air =1): | NA | Evaporation Rate ($H_2O$ =1): | NA |
| Volatility, % | NA | Viscosity, cps: | water weight |
| Solubility in Water: | 100% | Color/Clarity/Form & Odor: | dark amber color |
| pH | >-0.5 | Form & Odor: | liquid, mild odor |

| 10. STABILITY AND REACTIVITY DATA | | | |
|---|---|---|---|
| Stability: **Stable** | Hazardous Polymerization: | **None known** | Conditions to Avoid: **None known** |
| Incompatibility (Avoid): *Strong chlorinated agents* | Decomposition or By-Products: | *NA* | |

| 11. TOXICOLOGICAL INFORMATION: ALSO SEE SECTION 3 | *NO ACUTE TOXIC EFFECTS EXPECTED BY INHALATION, INGESTION, OR CONTACT DURING ANTICIPATED HANDLING AND USAGE. NO LONG TERM CHRONIC EFFECTS.* |
|---|---|

| Irritant: **Not a primary irritant** | Sensitization: **None known** | Synergism: **None known** |
|---|---|---|
| Skin LD50: **NE** | Oral LD50: **NE** | Inhalation LC50: **NE** |

| 12. ECOLOGICAL INFORMATION: | *NOT EXPECTED TO CAUSE ADVERSE ENVIRONMENTAL EFFECTS. NOT CONSIDERED ENVIRONMENTALLY HARMFUL FROM NORMAL DILUTION, EXPECTED USAGE AND TYPICAL DRAINAGE TO SEWERS, SEPTIC SYSTEMS, AND TREATMENT PLANTS.* |
|---|---|

| POTENTIAL: Biodegradation: **ND** | Oxygen Depletion: **ND** | Bioconcentration: **No** |
|---|---|---|
| AFFECTS: Aquatic Organisms: **ND** | Waste Plant Microbes: **ND** | BOD: **NE** COD: **NE** |

| 13. DISPOSAL GUIDELINES: | *DISPOSE ACCORDING TO LOCAL, STATE/PROVINCE, FEDERAL & INTERNATIONAL REGULATIONS. NOT A CHARACTERISTIC HAZARDOUS OR LISTED WASTE BY USEPA & RCRA (40CFR PART 261).* |
|---|---|

| 14. TRANSPORT REGULATIONS: | *NOT HAZARDOUS BY DOT, HM-181, TDG, IATA, & IMO REGULATIONS.* |
|---|---|
| Shipping Class: **Not regulated as hazardous** | Label: **NA**       UN/NA/PIN: **NA** |

| 15. REGULATORY CONSIDERATIONS: | *NOT REGULATED BY DOT, OSHA, WHMIS, TSCA, SARA, OR STATES.* |
|---|---|

TSCA, DSL, EINECS: *Components of the product are listed, exempted or excluded from these requirements.*

SARA TITLE III: Sec. 302 EHS, TPQ: **NA**   Sec. 304 EHS, RQ: **NA**   Sec. 311/312: **NA**   Sec. 313: **NA**

USA STATE REGULATIONS: Reportable substances present at notification quantities: **NA and None known**

INTERNATIONAL HAZARD CLASS: Canada (WHMIS or TDG): **Not a Controlled Product**   EEC: **Not Regulated**

| 16. OTHER RELEVANT INFORMATION: | *NO DATA AVAILABLE UNLESS SPECIFICALLY INDICATED BELOW.* |
|---|---|

DATE: 13 Mar 2009                                           SUPERSEDES:        6 Aug 2007

*NOTICE: THE INFORMATION HEREIN IS BASED ON DATA CONSIDERED TO BE ACCURATE AS OF THE DATE OF PREPARATION OF THIS MATERIAL SAFETY DATA SHEET. HOWEVER, NO WARRANTY OR REPRESENTATION , EXPRESSED OR IMPLIED, IS MADE AS TO THE ACCURACY OR COMPLETENESS OF THE FOREGOING DATA AND SAFETY INFORMATION. THE USER ASSUMES ALL LIABILITY FOR ANY DAMAGE OR INJURY RESULTING FROM ABNORMAL USE FROM ANY FAILURE TO ADHERE TO RECOMMENDED PRACTICES OR FROM ANY HAZARDS INHERENT IN THE NATURE OF THE PRODUCT.*

**NA=NOT APPLICABLE, ND=NO DATA, NE=NOT ESTABLISHED.  FORM COMPLIES WITH OSHA FORM 174, EEC, & DRAFT ANSI FORMATS.**



## OVERVIEW of OIL SAFE AR®:

Oil Safe AR® is a patented acid replacement technology made exclusively by EMS for formulations listed under the registered trademarks of Heartland Solutions, Inc. Oil Safe AR® is distributed exclusively by Heartland Solutions, Inc. and its' authorized distributors into the Oil and Gas Industry.

## TECHNOLOGY & PATENT DESCRIPTION:

The heavy hydrogen dose in Oil Safe AR® is due to a proprietary process which "mines" hydrogen ions from the world's greatest solvent; water. Our patented process allows us to pack such extreme amounts of hydrogen into the formulas that the resulting parts hydrogen (pH) of Oil Safe AR® formulations are often between -0.5 to 0.0.

Conventional thinking would lead one to label a liquid with a pH of 0.0 as a corrosive substance. However, we have letters from the EPA, DOT and local OSHA organizations stating exactly the opposite.

Because we only choose the hydrogen with particular properties and characteristics, the hydrogen does not act like hydrogen found in common mineral or organic acids. A large quantity of hydrogen in organic or mineral acids will form corrosion sites at weak locations of the metal or other vulnerable surfaces. The hydrogen in Oil Safe AR®, while plentiful, does not organize in such a fashion.

The result is that raw Oil Safe AR® is 20 times less corrosive than even the 6.25mmpy rating that would classify it as a corrosive on a label. It is recognized safe on steel, aluminum, chrome, painted surfaces, glass, rubber and other surfaces that are easily damaged by traditional acids.

What's more, its' safety on metal translates to personal and environmental safety. All Oil Safe AR® formulations carry a triple zero HMIS score, are certified for direct release by the EPA's Design for Environment Program and require no glove, goggles or other personal protective gear for their safe use.






## Oil Safe AR™
**Synthetic Acid Replacement**

Oil Safe AR™ is the world's only synthetic acid with identical cleaning properties of Muriatic (hydrochloric) acid with none of the harmful side-effects. Oil Safe AR™ is non-D.O.T. regulated, non-fuming, and will not corrode or rust metals and is 100% OSHA and EPA compliant. Powered by Syntech®, Oil Safe AR™ is a direct replacement for Muriatic acid blends and carries a triple zero Hazardous Material Index Score. Oil Safe AR™ has been improved by the addition of an aggressive blend of detergents and a synthetic anti-stick agent. Oil Safe AR™ contains no acid and will not harm oil field equipment or promote corrosion. Oil Safe AR™ effectively attacks calcium carbonate, scaling and mineral build-up and will not harm work-over rigs and pumping equipment. It will not rust or corrode pipes. Oil Safe AR™ may be fed in conjunction with NanoDissolve™ to help break loose stubborn paraffin build-ups.

### USE DIRECTIONS
Introduce Oil Safe AR™ into the environment where the removal of mineral deposits is needed.

### DILUTION RATIOS
| | |
|---|---|
| Light Buildup: | Dilute 5:1 |
| Moderate Buildup: | Dilute 3:1 |
| Heavy Buildup: | Dilute 1:1 |
| Severe Buildup: | Use undiluted |

### CONTENTS
❏ 5 GALLONS  ❏ 55 GALLONS
❏ 275 GALLONS  ❏ OTHER _____ GALLONS

Powered by
 **syn**tech

 **EMS**

*Manufactured by EMS exclusively for Heartland Solutions, Inc.*

*Recognized for Safer Chemistry www.epa.gov/dfe*



**HEARTLAND SOLUTIONS, INC.**

**OIL SAFE AR™**

For Commercial and Industrial Use Only

## WARNING

**FIRST AID**
If swallowed, drink two glasses of water. In case of eye contact, flush with water for two minutes. If symptoms persist seek medical advice. In case of skin contact, wash thoroughly with soap and water. As with all chemicals, keep out of reach of children.

**FIRE PRECAUTIONS**
Non flammable

**IN CASE OF SPILL**
Neutralize with water.

**CONTAINS**
Proprietary Patented Blend



**DOT HAZARD CLASS**
Non DOT Regulated

**DOT SHIPPING NAME**
Non DOT Regulated, Cleaning Compound, Liquid, Class 50

**DISCARD**
Rinse empty container with water and discard per federal, state and local regulations.

**FOR INDUSTRIAL USE ONLY**
Before using this product, read the latest material safety data sheet.

IN CASE OF CHEMICAL EMERGENCY CALL 1-800-424-9300

Heartland Solutions, Inc.
P.O. Box 543
Grain Valley, MO 64029
P:816-867-2054  F:816-867-2055
www.heartland-solutions.com
©2010 Heartland Solutions, Inc. All Rights Reserved.

 MADE IN THE U.S.A.

 

## TECHNICAL DATA SHEET

# Oil Safe AR

**Synthetic Acid Replacement**
Oil Safe AR™ is the world's only synthetic acid with identical cleaning properties of Muriatic (hydrochloric) acid with none of the harmful side-effects. Oil Safe AR™ is non-D.O.T. regulated, non-fuming, and will not corrode or rust metals and is 100% OSHA and EPA compliant. Powered by Syntech®, Oil Safe AR™ is a safer replacement for Muriatic acid blends and carries a triple zero Hazardous Material Index Score. Oil Safe AR™ has been improved by the addition of an aggressive blend of detergents and a synthetic anti-stick agent. Oil Safe AR™ contains no acid and will not harm oil field equipment or promote corrosion. Oil Safe AR™ effectively attacks calcium carbonate, scaling and mineral build-up and will not harm work-over rigs and pumping equipment. It will not rust or corrode pipes. Due to Oil Safe AR's increased ability to penetrate complex calcium carbonate and paraffin based deposits, Oil Safe AR can replace dangerous solvents and save additional steps during the work over process.

## Application

Introduce Oil Safe AR™ into the environment where the removal of mineral deposits is needed.

**DILUTION RATIOS:**

| | |
|---|---|
| Light Buildup: | Dilute 5:1 |
| Moderate Buildup: | Dilute 3:1 |
| Heavy Buildup: | Dilute 1:1 |
| Severe Buildup: | Use undiluted |

## Storage & Handling

Oil Safe AR™ has a storage life of better than one year. Keep container closed when not in use. As with all chemical products and materials, take care as to where you store them. Safety glasses are suggested for use when handling this product. No special gloves or protective equipment are required when handling this product.

## Packaging

Oil Safe AR™ is packaged in 5 gallon, 55 gallon, and 275 gallon containers. Bulk quantities are available upon request.


Before


After

Powered by
**syntech**

## TYPICAL PHYSICAL PROPERTIES

| | |
|---|---|
| Appearance and Color | Light Yellow to Colorless Liquid |
| Cold Stability | -26°F |
| Odor | Mild Soapy Odor |
| Solubility | 100% |
| pH Neat | < 1 |
| Specific Gravity | 1.10 |
| Flash Point | None |
| Boiling Point | 210°F |

## FEATURES AND BENEFITS

- Safe on Piping and Pumping Equipment; Safe on Chrome Pumps
- Non Toxic; Non Fuming; Non Mutagenic
- No Secondary Containment is Required; No Disposal Restrictions
- Eliminates Scale Build Ups
- An Excellent Choice for Work-over Projects
- 100% Biodegradable; 100% Acid Free

## DISSOLVING PROPERTIES

| Acid | % Dissolved |
|---|---|
| Oil Safe AR™ | 27.5% |
| Hydrochloric Acid (Muriatic) | 13.1% |
| Urea HCl | 17.2% |
| Sulfuric | 24.8% |

Calcium Carbonate Dissolving Properties of Acids with 1 hour Exposure

Testing Conditions: 200 Grams of 5% active solution; 1" Calcium Carbonate Cube; 1 hour at 70° Degrees F

---

Heartland Solutions, Inc.   P.O. Box 543   Grain Valley, MO 64029 • www.heartland-solutions.com
Phone: 1-816-867-2054 • Fax: 1-816-867-2055
©2007 Heartland Solutions, Inc. All Rights Reserved.

 

**TECHNICAL DATA SHEET**

## Oil Safe AR™

### Toxicity Studies

Toxicity Limits: Test Procedure OECD 202, 48 hr.

LC 50 and LD 50 were proven to be NON-TOXIC

Mutagenicity Limits: OECD Guidelines Sec. 471 Chemicals Oil Safe AR™ 200 was found NOT TO BE MUTAGENIC

### Dermal Irritation & Corrosion Test

A modified Draize method was used as described in OECD Guidelines for the Testing of Chemicals Sec. 404 and complies with the requirements of OECD Principles of GLP, Annex revised as of July 1992.

Oil Safe AR™ received a Primary Irritation Score of .09 +/-0.2 and is classified as a "Very Mild Skin Irritant"

### Biodegradation & Aquatic Safety

Test Procedure: Hach Reactor Digestion method for Waste Water and Sea Water. Hach Reactor Digestion Method is a semi-micro adaptation of the Standard Methods.

Test Results Conclude Oil Safe AR™ was found to be 100% Biodegradable

COD = Low Detectable Limits BOD = No Detectable Limits

### Metal Studies

Dept. of Transportation (D.O.T.) Test Protocols as per Section 173.1 54 Exceptions for Class 8 (corrosive materials): The material being tested must be proven to be non-destructive or not to cause irreversible alterations in human skin tissue. Testing was conducted on an albino rabbit.

Conclusion: Oil Safe AR™ was proven to be NON-DESTRUCTIVE on human skin tissue.

Metal Test Limits: D.O.T. Classifies a material to be CORROSIVE if it has a corrosion rate that exceeds 6.25 mmpy on SAE CI 020 carbon steel or 7075-Y6 Aluminum.

Results of Oil Safe AR™

     SAE 1020 carbon steel = 0.59 mmpy

     7075-Y6 aluminum = 3.96 mmpy

Conclusion: Oil Safe AR™ is NON-CORROSIVE

### Classifications & Approvals

D.O.T., TDG, IMO, IATA, IMDG, SARA 313 311/312, California Prop 65 NON-Regulated

USDA Authorization

A1, A2, A3, A4, A7, A8, C2, G6 & G7

U.S. Coast Guard, U.S. Navy



**"Oil Safe AR®"**
**EPA Approved**
**"Synthetic Acid"**

UNIVERSAL                  gogreen



**What is Oil Safe AR®  ????**

Oil Safe AR® is the world's only synthetic acid with identical dissolving properties as hydrochloric acid with none of the harmful side effects.

Oil Safe AR® is non-D.O.T. regulated, non-fuming, and will not corrode or rust metals and is 100% OSHA and EPA compliant.

Oil Safe AR® effectively attacks calcium carbonate, scaling and mineral build-up and will not harm work-over rigs and pumping equipment. It will not rust or corrode pipes.

UNIVERSAL                  gogreen



**What is Oil Safe AR®  ????**

Oil Safe AR® has earned a triple zero HMIS score, is non-regulated, non-corrosive, non-flammable, and biodegradable.

DANGER
Acid

UNIVERSAL                  gogreen



**TYPICAL PHYSICAL PROPERTIES**

- Appearance and Color Light Yellow to Colorless Liquid
- Cold Stability -26°F
- Odor Mild Soapy Odor – If surfactant is present
- Solubility 100%
- pH Neat < 1
- Specific Gravity 1.12 ± 0.02
- Flash Point None
- Boiling Point 212 ± 5°F

UNIVERSAL                  gogreen

1



## FEATURES AND BENEFITS

- Safe on Piping and Pumping Equipment;
- Safe on Chrome Pumps
- Non Toxic; Non Fuming; Non Mutagenic
- No Secondary Containment is Required;
- No Disposal Restrictions
- Eliminates Scale Build Ups
- An Excellent Choice for Work-over Projects
- Requires no additional corrosion inhibitor addition
- EPA Dfe Formula; Biodegradable in less than 10 days; approved for
- direct discharge; made with Cleangredients approved from the EPA
- 100% Biodegradable; 100% Acid Free



## How Corrosive is Oil Safe AR®

The result is that raw Oil Safe AR® is 20 times less corrosive than even the 6.25 mmpy rating that would classify it as a corrosive on a label.

It is recognized safe on steel, aluminum, chrome, painted surfaces, glass, rubber and other surfaces that are easily damaged by traditional acids.



## Oil Safe AR® -Corrosion Data

Corrosion Coupon Study comparing Oil Safe AR® versus a 10% Acetic Acid solution

Oil Safe AR® corrosion rate summary;

SAE 1020 Carbon Steel = 0.59 mmpy
7075-Y6 Aluminum = 3.96 mmpy



## Oil Safe AR® -Corrosion Data

*NOTE – Corrosion rates greater than 0.05 lb/ft2/day are unacceptable

| Acid Type | Pre-Test Weight (grams) | Post-Test Weight (grams) | Net Weight (grams) | Corrosion (lb/ft2/day) |
|---|---|---|---|---|
| 15 % HCl | 13.9223 | 7.8081 | 6.2362 | 0.4859 |
| 10 % Acetic Acid | 13.7186 | 13.5123 | 0.2063 | 0.0161 |
| 12 % Formic Acid | 13.6247 | 12.5259 | 1.0888 | 0.0850 |
| 50 % Oil Safe | 13.8502 | 13.2847 | 0.5856 | 0.0457 |
| 20 % Oil Safe | 13.7362 | 13.3776 | 0.3587 | 0.0280 |
| 7 ½% HCl | 13.4727 | 10.3646 | 3.1162 | 0.2433 |
| 7 ½% HCl + 100gm of Acetic Acid | 13.9267 | 10.7133 | 3.2134 | 0.2503 |

## Oil Safe AR® -ElastomerData

| Type of Elastomer Tested | Oil Safe AR* Compatibility Score |
|---|---|
| Sealast | 1 |
| HSN | 1 |
| Aflas600-9 | 1 |
| Aflas7182D | 1 |
| BH0701B | 1 |
| HNBR 105 | 1 |
| CL180 EPDM | 1 |

The following table rates compatibility from 1-3 with 1 = excellent compatibility, 2 = good compatibility, And 3 = fair compatibility. Oil Safe AR® performed well with all the elastomersin the test.

UNIVERSAL

## Dissolving Properties

| Acid Type | % CaCO₃ Dissolved | % MgCO₃ Dissolved | % Class C Cement Dissolved |
|---|---|---|---|
| Oil Safe AR* 100% Solution | 100.00% | 21.11% | 15.85% |
| Oil Safe AR* 50% Solution | 96.76% | 25.57% | 18.87% |
| Oil Safe AR* 30% Solution | 54.00% | 20.00% | 15.85% |
| 7.1/2% HCl | 46.48% | 24.12% | 30.03% |
| 15% HCl | 87.39% | 23.95% | 59.57% |
| 7.1/2% HCl + 100 gpt of I-2L | 75.08% | 40.44% | 27.72% |
| 15% HCl + 100 gpt of I-2L | 97.87% | 32.06% | 41.78% |
| 10% Acetic Acid | 21.00% | 8.50% | 20.00% |
| 15% Acetic acid | 63.09% | 7.11% | 21.11% |

Each test above was conducted with 1 cubic inch of material placed in 50 ml of solution and allowed to soak for 8 hrs at 100°F

UNIVERSAL





3

Page 1 of 3



**NASA SUPPORT LABS**
**8201 Greensboro Drive,**
**McLean, VA 22102**

| | |
|---|---|
| **Customer** | Heartland Solutions |
| **Product** | Oilsafe-AR |
| **NSL Code #** | 11-0103 |
| **Report Date** | November 22, 2011 |

**Test**                        Immersion Corrosion Testing of Metal

**Applicable Standard**   ASTM G31-72 and NACE Standard TM0169-76

**Procedure**               Two mild steel specimens SAE C1020 (area $18.61\,cm^2$, Density $7.87\,g/cm^3$) and two 7075-T6 non-clad Aluminum (area $18.54\,cm^2$, density $2.80\,g/cm^3$) specimens are subjected to Immersion Corrosion Testing as outlined in ASTM G31-72 and NACE Standard TM0169-76. The Aluminum and Steel specimens are immersed Into separate containers of the test substance.

   Each container held a volume of 1170 g of test solution. The temperature of the Solution was maintained at 55°C for the entire test duration. The test was conducted For a period of 72 hours.

   Metal specimens were circular metal coupons having dimensions of 0.3175 cm Thick, 3.175 cm outer diameter and a 0.9525 cm thru centered mounting hole. The alloys have the following composition.

| 7075-T6 non-clad Aluminum | | SAE C1020 Steel | |
|---|---|---|---|
| Al | 90.030 | Al | 0.040 |
| Cr | 0.190 | C | 0.180 |
| Cu | 1.480 | Cr | 0.040 |
| Fe | 0.210 | Fe | 99.260 |
| Mg | 2.360 | Mn | 0.420 |
| Mn | 0.040 | Mo | 0.020 |
| Si | 0.070 | Ni | 0.020 |
| Ti | 0.030 | P | 0.010 |
| V | 0.020 | S | 0.010 |
| Zn | 5.570 | Si | 0.030 |

**General Standards Board Laboratory Acceptance Program**

This report shall not be reproduced in full, without the written approval of the laboratory

Prior to initial weighing, the coupons were washed with a 50/50 blend of Petroleum ether and methanol and dried at 55°C.

After immersion for the specified time interval the Aluminum specimens were cleaned in a 70% $HNO_3$ solution and scrubbed with a plastic scouring pad to remove corrosion products.

The mild steel specimens were cleaned in concentrated HCL with 50g/L Tin Chloride and 20g/L Antimony Trichloride and scrubbed with a plastic scouring pad. The specimens were allowed to dry and the weight loss, if any, was noted. The corrosion rate is calculated assuming that all weight loss is due to general corrosion and not to localized corrosion. The corrosion rate expressed as millimeters per year (mmpy) is:

$$mmpy = wt\ loss \times 87.6 \div area \div time \div metal\ density$$

where weight loss is in mg, area in $cm^2$ of metal surface exposed and time is hours immersed.

**Results**      **1) SAE 1020 Steel**

Neither sample exhibited discoloration. No pitting was observed.

The corrosion rate based on the 72 hour interval and assuming no localized corrosion is present, averaged 1.21 mm/y.

**Table of Results**

| Specimen # | Immersion Time (hours) | Apparent Corrosion Rate (mm/y) |
|---|---|---|
| 1 | 72 | 0.2604 |
| 2 | 72 | 0.2805 |
| Avg. | 72 | 0.2704 |

**General Standards Board Laboratory Acceptance Program**

This report shall not be reproduced, without the written approval of the laboratory

### 2) 7075-T6 non-clad Aluminum

Both samples were found to be severely and evenly corroded, having lost considerable mass. Noticeable gassing was observed on the coupons for the entire 72 hours. No localized pitting was observed.

The corrosion rate, based on the 72 hour interval and assuming no localized corrosion is present, averaged 129.67mm/y.

**Table of Results**

| Specimen # | Immersion Time (hours) | Apparent Corrosion Rate (mm/y) |
|------------|------------------------|-------------------------------|
| 1          | 72                     | 1.306                         |
| 2          | 72                     | 1.286                         |
| Avg.       | 72                     | 1.296                         |

**Conclusion:**    The corrosion rate of Heartland Solutions Oilsafe-AR does not exceed 6.25 millimeters per year on SAE C1020 Steel.

The corrosion rate of Heartland Solutions Oilsafe-AR does not exceed 6.25 millimeters per year on 7075-T6 non-clad Aluminum.

Heartland Solutions Oilsafe-AR is deemed Non-Regulated by the Canadian TDG.
Heartland Solutions Oilsafe-AR is deemed Non-Regulated by the US DOT.

Tested by _____
Luke Rothenburg

Approved by _____
Dr. Pam Eglin PhD

**General Standards Board Laboratory Acceptance Program**

This report shall not be reproduced, without the written approval of the laboratory

# D E L T E C H   Laboratories Ltd

**Customer:** Heartland Energy Group, Ltd.
**Product:** Mud Safe CR®
**Del Tech Code #:** 02-0096

**Test:** Immersion Corrosion Testing of Material

**Applicable Standard:** ASTM G31-72 and NACE Standard TM0169-76

**Procedure:** Two mild steel specimens SAE C1020 (area 18.61 cm², density 7,87 g/cm³) and two 7075-T6 non-clad Aluminum (area 18.54 cm², density 2.80 g/cm³) specimens are subjected to Immersion Corrosion Testing as outlined in ASTM G31-72 and NACE. Standard TMO169-76. The Aluminum and Steel specimens are immersed into separate containers of the test substance.

Each container held a volume of 1170g of test solution. The temperature of the solution was maintained at 55°C for the entire test duration. The test was conducted for a period of 72 hours.

Metal specimens were circular metal coupons having dimensions of 0.3175 cm thick, 3.175 cm outer diameter and a 0.9525 cm thru centered mounting hole. The alloys have the following composition.

| 7075-T6 non-clad Aluminum | | SAE C1020 Steel | |
|---|---|---|---|
| Al | 90.030 | Al | 0.040 |
| Cr | 0.190 | C | 0.180 |
| Cu | 1.480 | Cr | 0.040 |
| Fc | 0.210 | Fe | 99.260 |
| Mg | 2.360 | Mn | 0.420 |
| Mn | 0.040 | Mo | 0.020 |
| Si | 0.070 | Ni | 0.020 |
| Ti | 0.030 | P | 0.010 |
| V | 0.020 | S | 0.010 |
| Zn | 5.570 | Si | 0.030 |

Prior to initial weighing, the coupons were washed with a 50/50 blend of petroleum ether and methanol and dried at 55°C.

After immersion for the specific time interval the Aluminum specimens were cleaned in a 70% HNO₃ solution and scrubbed with a plastic scouring pad to remove corrosion products.

**General Standards Board Laboratory Acceptance Program**

*This report is Confidential and shall not be reproduced without written approval of the Customer.*

1

The mild steel specimens were cleaned in concentrated HCl with 50 g/L TinChloride and 20g/L Antimony Trichloride and scrubbed with a plastic scouring pad. The specimens were allowed to dry and the weight loss, if any, was noted. The corrosion rate is calculated assuming that all weight loss is due to general corrosion and not to localized corrosion.

The corrosion rate expressed as millimeters per year (mmpy) is:

mmpy= wt loss x 87.6 + area −H time + metal density where weight loss is in mg, area in cm² of metal surface exposed, and time is hours immersed.

**Results:**

### 1) SAE 1020 Steel

Both samples exhibited no discoloration or tarnishing.  No pitting was observed.

The corrosion rate based on the 72 hour interval and assuming no localized corrosion is present, averaged 0.00 mmpy.

**Table of Results**

| Specimen # | Immersion time (hours) | Weight Loss (mg) | Apparent Corrosion rate (mmpy) |
|---|---|---|---|
| 1 | 72 | 0.03 | n/d |
| 2 | 72 | 0.01 | n/d |
| Avg. | 72 | 0.02 | n/d=0.00 |

### 2) 7075-T6 non-clad Aluminum

Both samples exhibited no discoloration or tarnishing.  No pitting was observed.

The corrosion rate, based on the 72 hour interval and assuming no localized corrosion is present averaged 0.00 mmpy.

**Table of Results**

| Specimen # | Immersion time (hours) | Weight Loss (mg) | Apparent Corrosion rate (mmpy) |
|---|---|---|---|
| 1 | 72 | 0.07 | n/d |
| 2 | 72 | 0.03 | n/d |
| Avg. | 72 | 0.05 | n/d=0.00 |

**General Standards Board Laboratory Acceptance Program**

*This report is Confidential and shall not be reproduced without written approval of the Customer.*

**Conclusion:**

The corrosion rate of Mud Safe CR® does not exceed 6.25 millimeters per year on SAE C1020 Steel.

The corrosion rate of Mud Safe CR® does exceed 6.25 millimeters per year on 7075-T6 non-clad Aluminum.

**General Standards Board Laboratory Acceptance Program**

*This report is Confidential and shall not be reproduced without written approval of the Customer.*

3