# EXHIBIT "N"

Form 49
Rule 13.19

| | |
|---|---|
| COURT FILE NUMBER | 1401-09170 |
| COURT | Court of Queen's Bench of Alberta |
| JUDICIAL CENTRE | Calgary |
| PLAINTIFF (Applicant) | FLUID ENERGY GROUP |
| DEFENDANTS | JOHN MACDONALD, STEPHEN ROWLEY, HEARTLAND ENERGY GROUP LTD., ENVIRONMENTAL MANUFACTURING SOLUTIONS LLC., and MUD MASTER DRILLING FLUID SERVICES |
| DOCUMENT | **AFFIDAVIT** |
| ADDRESS FOR SERVICE AND CONTACT INFORMATION OF PARTY FILING THIS DOCUMENT | Gowling Lafleur Henderson LLP<br>Suite 1600, 421-7th Avenue SW<br>Calgary, Alberta<br>T2P 4V5<br><br>Tel: 403-298-1000<br>Fax: 403-695-3549 |

Clerk's Stamp: CLERK OF THE COURT FILED SEP 16 2014 CALGARY, ALBERTA

**Attention: D. Doak Horne / Paul Edwards**

**AFFIDAVIT OF:** **JOHN MACDONALD**

**SWORN OR AFFIRMED ON:** SEPTEMBER 11, 2014

I, JOHN MACDONALD, inventor and businessman, of the city of Melbourne, Florida, of the United States of America, SWEAR AND SAY THAT:

Rev. 2.0 (15/11/10)

1.  On an expressly "without prejudice" basis, I am authorized as a Director of HEG to agree, and hereby undertake to FLUID, that HEG and HEG's agents, employees, or persons under HEG's control, including myself and Rowley, will not communicate the following, or publish in any manner, to FLUID clients or prospective clients in Canada, to the effect of the following :

    (i) that FLUID has infringed in Canada or is infringing patents licensed to HEG in Canada;

    (ii) that FLUID has breached its Agreements with HEG;

    (iii) that purchasing or using FLUID's products in Canada constitutes an infringement of HEG's patents; and/or

    (iv) that FLUID has committed securities and/or investment fraud.

2.  Such agreement and undertaking of HEG exist until, and remain until final resolution of the dispute between the parties in the ICC proceedings or alternatively final determination by this Court, or until otherwise mutually agreed by HEG and FLUID.

SWORN BEFORE ME at the City of )
Melbourne _____, Florida, one of )
the United States of America, this _11_ th day )
of September, 2014. )
)
_____ )   _____
( a Notary Public in and for the State of )     **JOHN MACDONALD**
Florida, one of the United States of
America)



EDWARD DELL'OLIO
Notary Public - State of Florida
My Comm. Expires Aug 9, 2016
Commission # EE 223847