# EXHIBIT "O"

**Form 49**
Rule 13.19

| | |
|---|---|
| COURT FILE NUMBER | 1401-09170 |
| COURT | Court of Queen's Bench of Alberta |
| JUDICIAL CENTRE | Calgary |
| PLAINTIFF (Applicant) | FLUID ENERGY GROUP |
| DEFENDANTS | JOHN MACDONALD, STEPHEN ROWLEY, HEARTLAND ENERGY GROUP LTD., ENVIRONMENTAL MANUFACTURING SOLUTIONS LLC., and MUD MASTER DRILLING FLUID SERVICES |
| DOCUMENT | **AFFIDAVIT** |
| ADDRESS FOR SERVICE AND CONTACT INFORMATION OF PARTY FILING THIS DOCUMENT | Gowling  Lafleur Henderson LLP<br>Suite 1600, 421-7th Avenue SW<br>Calgary, Alberta<br>T2P 4V5<br><br>Tel:  403-298-1000<br>Fax:  403-695-3549 |

**Attention:  D. Doak Horne / Paul Edwards**

| | |
|---|---|
| **AFFIDAVIT OF:** | **VICTORIA GRIFFIS** |
| **SWORN OR AFFIRMED ON:** | SEPTEMBER 16,  2014 |

I, VICTORIA GRIFFIS, Marketing Coordinator for Brennteg Northeast, Inc., of the city of Reading, Pennsylvania, of the United States of America, SWEAR AND SAY THAT:

1.      I am the Marketing Coordinator for Brenntag Northeast, Inc., which is an affiliate company to Brenntag Pacific, Inc. ("Brenntag").

2.      I have personal knowledge of the matters set out in this my Affidavit unless expressly stated to be on information and belief of others who have informed me of same, in which case I verily believe same to be true and accurate.

3.      Brenntag is a global market leader in chemical distribution.  Brenntag is headquarted in Germany, but has more than 480 locations in more than 70 countries.  I personally, work in the Reading, Pennsylvania location.

4.      In 2013, Brenntag generated sales of 13 billion and the company is the link between chemical manufacturers and chemical users.

5.      Brenntag is a distributor for both Environmental Manufacturing Solutions, LLC and Heartland Energy Group, Ltd.

6.      On September 5, 2014, Lisa Readinger, the Customer Quality Specialist asked me to help her source a Safety Data Sheet ("SDS") for EnviroSyn HCR for our Account Executive Damian Mariano for Universal Well Services.  I did not have a contact for this so I searched for the product name on Google and gave Lisa the company information for Fluid Energy Group, Ltd. out of Canada.

7.      On September 10, 2014 Lisa Readinger contacted me and told me that she contacted Fluid Energy Group, Ltd., but was unable to source the SDS.

8.      At 3:15p on September 10, 2014, I received a call from Clay Purdy, CEO of Fluid Energy Group, Ltd. ("Fluid").  He was combative at first asking why we were looking for information on the product.  He stated that Brenntag was not a licensed distributor of EnviroSyn HC in the US, though he does business with Brenntag Canada.

9.      The call came from the number 403-463-5843.  I have reviewed Fluid's website and I see that the number on the door of Fluid's facilities matched the number that called me on September 10, 2014.  A true and correct copy of Fluid's website is attached hereto as Exhibit "A."

10.      I told him the request for information came from an Account Executive for a customer and I would speak with the Account Executive to find out more.  He knew the name of the Account Executive was Damian Mariano and that the account was US Well Services.

11.      He gave me his cell number: 403-548-5149 and email clay@fluidenergygroup.com.

12.      His tone seemed to change and he told me that he's protective of the product information since he's been receiving many inquiries on the product from the US and that he's in the midst of a legal battle with former distributors of the product in the US. He said that he's afraid the former US distributors are still selling the product and "muddying the waters" of the market.  I asked him who else sold EnviroSyn HCR and he corrected me stating that they only call it HCR

as the US "distributor" holds the trademark of the brand name EnviroSyn and that he lost this as part of the battle.

**13.** He said that he currently sells direct to 40-50 oil companies in the US and that he's looking to enter the US market through distribution channels at the end of this month when the legal issues are resolved. I asked what names I should keep an ear out for and he told me Steve Rowley of Heartland Energy Group or John McDonald of EMS (Environmental Manufacturing Solutions).

SWORN BEFORE ME at the City of )
Reading, Pennsylvania, one )
of the United States of America, this 16 th )
day of September, 2014. )
)
( a Notary Public in and for the State of )
Pennsylvania, one of the United States of
America)

_____
**VICTORIA GRIFFIS**

NOTARIAL SEAL
CINDY L REIFSNYDER
Notary Public
ONTELAUNEE TWP., BERKS COUNTY
My Commission Expires Jul 26, 2015