# EXHIBIT "P"



Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Oct 20 03:21:02 EDT 2014*

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:  OR  Jump  to record:  **Record 1 out of 3**

*( Use the "Back" button of the Internet Browser to return to TESS)*

# FLUID ENERGY GROUP LTD.

| | |
|---|---|
| **Word Mark** | FLUID ENERGY GROUP LTD. |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Distributorship services in the field of industrial chemicals. FIRST USE: 20140300. FIRST USE IN COMMERCE: 20140300 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86375070 |
| **Filing Date** | August 22, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) FLUID ENERGY GROUP LTD. limited company (ltd.) CANADA 104-214 11TH AVE. SE Calgary, Alberta CANADA T2G0X8 |
| **Attorney of Record** | Benjamin Natter |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE ".LTD" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY