# EXHIBIT "Q"

**Barbie Mahan**

**Subject:** FW: Fluid Energy Group HCR-2000
**Attachments:** HCR-2000 Technical Data Handbook - Sept 2014 V6.01.pdf

---------- Forwarded message ----------
From: **Clay Purdy** <Clay@fluidenergygroup.com>
Date: Sat, Oct 4, 2014 at 7:25 PM
Subject: Fluid Energy Group HCR-2000
To: "ghighfill15@gmail.com" <ghighfill15@gmail.com>, "Gord.Highfill@aep-lp.com" <Gord.Highfill@aep-lp.com>

Hello Gordon, nice speaking with you. As mentioned our introductory pricing is as follows:

- $2.27 gallon for 33% spearhead HCR class 1 acid package.

- Finished 33% spearhead blend delivered price of $ 3.00 gallon (including shipping and IBC containers).

Keep in mind we ship our product as a concentrate and you would blend 1 part HCR-2000 with 2 parts water once on location (you can use fresh or produced water). I know you are only looking for 6000 gallons but we have a 16 tote minimum order for international orders - 1 truckload), giving you 12,720 gallons of 33% spearhead blend of HCR-2000 once blended with water. For new customers we also require 100% payment up front for the initial order. Once credit is approved it moves to normal 30 day terms (T&C's available on our website under "About Us". We also offer discounts for volumetric commitment and as volumes increase over various thresholds.

Summary:

Total Price would be $31,680.00 USD + shipping (estimated at $6240) to Midland. Giving you 12,720 gallons of spearhead acid.

I hope you find this acceptable and let us know if you would like to proceed.

Best regards,
**Clay Purdy**
*Chief Executive Officer*
Fluid Energy Group Ltd.
104-214, 11th Ave SE
Calgary, AB Canada T2G 0X8
Tel: 1-403-Go-Fluid Cell: 1-403-548-5149

Please consider the environment before printing this e-mail

... . Disclaimer - This email and any files transmitted with it are confidential and contain privileged or copyright information.
You must not present this message to another party without gaining permission from the sender. If you are not the intended
recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify
us. If you have received this message in error, please notify the sender immediately, and delete this email from your system. We
do not guarantee that this material is free from viruses or any other defects although due care has been taken to minimize the
risk.



ENERGY GROUP LTD.

# *ENVIRO-SYN® HCR-2000 SYNTHETIC ACID*

*(Patents Pending)*

## *TECHNICAL DATA HANDBOOK* VERSION 6.01

Product Data

FAQ

Quality Control

Mixing & Handling

MSDS

Contacts



ENERGY GROUP LTD.

104, 214 - 11th Avenue SE
Calgary, AB, CAN  T2G 0X8
Main Office:  (403) 463-5843
Facility/Orders:  (403) 474-2003

www.fluidenergygroup.com

Version 6.01

## OVERVIEW

- HCR-2000 is part of the 'Environmentally Responsible' synthetic acid replacement product line that has equivalent performance properties of Hydrochloric acid, without the extremely hazardous exposure and corrosive properties
- HCR-2000 is a 'Non-Hazardous' replacement for all Hydrochloric acid blends, and can be enhanced through the addition of conventional oilfield chemistry

## WHY USE HCR-2000 Acid vs. Conventional Acids?

- Replaces Hazardous products with a Non-Hazardous, exposure safe synthetic acid
- HCR-2000 will significantly reduce your company's liabilities throughout the supply chain, operational and downhole processes.
    - From loading to delivery, storage, pumping and placement; any potential damaging mechanisms are reduced or eliminated.

| Enviro-Syn® HCR-2000 Acid | HCl Acid |
|---|---|
| Inherently low metal corrosion effects, non-irritating to skin | Corrosive to metals, and may cause irreversible damage to skin |
| Non-fuming, non-volatile | Fuming, corrosive gases cause irreversible damage to internal organs |
| Extremely compatible with downhole fluids, requiring minimal additives | High amount of additional chemistry required, potentially causing compatibility issues |
| Linear spend nature, yet instantly reactive and aggressive | Extremely volatile and potentially damaging |
| High salinity/mineral tolerance, reducing precipitation potential | Lower salinity tolerance, potentially causing formation damage |
| Less formation face dissolution, deeper formation penetration | Aggressive face dissolution, causing poor formation extension |
| Reduced transportation and storage requirements | Pre-blended packages requiring 100% volume delivery |
| Class 1 package, no phase separation | Typically Class 2 package, requires re-mixing |

*Recommendations given in this manual are based on tests believed to be reliable. However, the use of the information is beyond the control of Fluid Energy Group Ltd., and no guarantee, expressed or implied is made to the results obtained if not used in accordance with directions or established safe practice. The buyer must assume all responsibility, including injury or damage from the misuse of the product as such, or in combination with other materials. This bulletin is not to be taken as a license to operate under or recommendation to infringe any patent. All rights reserved. Fluid Energy Group Ltd., copyright 2014.*



104, 214 - 11th Avenue SE
Calgary, AB, CAN  T2G 0X8
Main Office:  (403) 463-5843
Facility/Orders:  (403) 474-2003

www.fluidenergygroup.com

Version 6.01

## SPECIFICATIONS (HCR-2000 concentrate)

- Appearance:        Clear liquid
- Specific Gravity:  ± 1.15
- Total Salinity:    ± 36%
- Odor:              Slight Chemical Odor
- Freezing Point:    ± -30°C  (± -20°F)
- Boiling Point:     ± 100°C  (± 210°F)
- pH:                < 1.0
- Solubility:        100% in water
- Shelf Life:        > 1 year

## HEALTH, SAFTEY & ENVIRONMENT

- Considered a 'Non-Irritant' in Dermal test classifications
- Non-fuming
- Non-volatile, and drinking water quality BTEX levels
- Non-toxic Material (oral)
- Low aquatic toxicity
- Biodegradable
- Considered corrosive to eyes, eye protection is required

## TOXICITY (HCR-2000 concentrate)

LD50:         > 2000 mg/kg   (rat oral)
LC50 (96 Hr)  > 500 mg/L     (rainbow)
LC50 (48 Hr)  > 500 mg/L     (daphnia)

*Toxicity limits are based purely on mortality rates in a low pH environment.*
OECD 301F test results conclude HCR-2000 to be Biodegradable.

*HCR-2000 has a very low bioaccumulative potential based upon surrogate literature bioconcentration factors and log $K_{ow}$.*

Recommendations given in this manual are based on tests believed to be reliable. However, the use of the information is beyond the control of Fluid Energy Group Ltd., and no guarantee, expressed or implied is made to the results obtained if not used in accordance with directions or established safe practice. The buyer must assume all responsibility, including injury or damage from the misuse of the product as such, or in combination with other materials. This bulletin is not to be taken as a license to operate under or recommendation to infringe any patent. All rights reserved. Fluid Energy Group Ltd., copyright 2014.



ENERGY GROUP LTD.

104, 214 - 11th Avenue SE
Calgary, AB, CAN  T2G 0X8
Main Office:  (403) 463-5843
Facility/Orders:  (403) 474-2003

www.fluidenergygroup.com

Version 6.01

## APPLICATIONS

- HCR-2000 can be utilized in any situation where the removal of scale or mineral deposits is required and can safely be used in place of conventional acids

- Due to its immediate and more controlled spending nature HCR-2000 is an extremely effective oilfield stimulation product and can be utilized for fracturing spearheads, scale removal, matrix squeezes/soaks, and hydraulic fracturing.

| Application | Suggested Dilution | Benefits |
|---|---|---|
| Injection / Disposal Wells | 50% | Compatible with mutual solvents and solvent blends, very cost effective. |
| Squeezes & Soaks<br>- Bullhead<br>- Annular | 33% - 50% | Ease of storage & handling, cost effective compared to conventional acid stimulations. Ability to leave pump equipment in wellbore. |
| Acid Fracturing | 50% - 75% | Decreased shipping and storage compared to conventional acid, no blend separation issues, more controlled spend rate encourages deeper formation penetration. |
| Fracturing Spearheads (Break-downs) | 33% - 66% | Able to adjust concentrations on the fly. Decreased shipping and storage on location. |
| Cement Break-downs | 50% | Higher concentrations recommended due to lower temperatures, and reduced solubility of aged cement. |
| pH Control | 0.1% - 1.0% | Used in a variety of applications to adjust pH level of water based systems. |
| Liner De-Scaling, Heavy Oil | 1% - 5% | Continuous injection/de-scaling of slotted liners, typically at very high temperatures. |

*Recommendations given in this manual are based on tests believed to be reliable. However, the use of the information is beyond the control of Fluid Energy Group Ltd., and no guarantee, expressed or implied is made to the results obtained if not used in accordance with directions or established safe practice. The buyer must assume all responsibility, including injury or damage from the misuse of the product as such, or in combination with other materials. This bulletin is not to be taken as a license to operate under or recommendation to infringe any patent. All rights reserved. Fluid Energy Group Ltd., copyright 2014.*



104, 214 - 11th Avenue SE
Calgary, AB, CAN  T2G 0X8
Main Office:  (403) 463-5843
Facility/Orders:  (403) 474-2003

www.fluidenergygroup.com

Version 6.01

## CORROSION

With inherently low metal corrosion properties, HCR-2000 is able to achieve corrosion rates on any oilfield grade steel well below conventional HCl acid systems.

HCR-2000 provides wellbore protection below the acceptable corrosion limits set by the industry.

***NOTE:*** *Typically the oilfield industry accepts a corrosion rate less than 0.05 lb/ft² @ 6 hours*
  *\* Coiled Tubing typically accepts a corrosion rate less than 0.02 lb/ft² @ 6 hours*

| Product | Temperature | Coupon | Time | Corrosion Rate | |
|---|---|---|---|---|---|
| 100% HCR-2000 | 55°C (130°F) | 1018 Steel | 72 hours | | <1 mm/yr |
| 100% HCR-2000 | 25°C (80°F) | 7075 Aluminum | 24 hours | | <6 mm/yr |
| 50% HCR-2000 | 30°C (85°F) | J-55 | 6 Hours<br>24 hours<br>72 hours | 0.000 lb/ft²<br>0.001 lb/ft²<br>0.002 lb/ft² | 0.32 mm/yr<br>0.21 mm/yr<br>0.16 mm/yr |
| 50% HCR-2000 | 50°C (130°F) | J-55 | 6 Hours<br>24 hours | 0.001 lb/ft²<br>0.002 lb/ft² | 0.71 mm/yr<br>0.45 mm/yr |
| 50% HCR-2000 | 70°C (160°F) | J-55 | 6 Hours<br>24 hours | 0.003 lb/ft²<br>0.006 lb/ft² | 2.50 mm/yr<br>1.37 mm/yr |
| 50% HCR-2000 | 70°C (160°F) | N-80 | 6 Hours<br>24 hours | 0.003 lb/ft²<br>0.006 lb/ft² | 2.40 mm/yr<br>1.40 mm/yr |
| 50% HCR-2000 | 90°C (195°F) | J-55 | 6 Hours<br>24 hours | 0.006 lb/ft²<br>0.018 lb/ft² | 5.40 mm/yr<br>4.18 mm/yr |
| 50% HCR-2000 | 90°C (195°F) | N-80 | 6 Hours<br>24 Hours | 0.004 lb/ft²<br>0.011 lb/ft² | 4.0 mm/yr<br>2.67 mm/yr |
| 50% HCR-2000HT | 170°C (340°F) | TN110 13CrM | 9 Hours | 0.01 lb/ft² | 5.56 mm/yr |

*Recommendations given in this manual are based on tests believed to be reliable. However, the use of the information is beyond the control of Fluid Energy Group Ltd., and no guarantee, expressed or implied is made to the results obtained if not used in accordance with directions or established safe practice. The buyer must assume all responsibility, including injury or damage from the misuse of the product as such, or in combination with other materials. This bulletin is not to be taken as a license to operate under or recommendation to infringe any patent. All rights reserved. Fluid Energy Group Ltd., copyright 2014.*



ENERGY GROUP LTD.

104, 214 - 11th Avenue SE
Calgary, AB, CAN  T2G 0X8
Main Office:  (403) 463-5843
Facility/Orders:  (403) 474-2003

www.fluidenergygroup.com

Version 6.01

# FREQUENTLY ASKED QUESTIONS

**Q –** What is it?
**A –** HCR-2000 is a patent pending, synthetic (chemically synthesized) acid. It is an organic salt based product that has equivalent performance properties of Hydrochloric Acid, without the extremely hazardous exposure and corrosive properties.

**Q –** Is it regulated for transportation?
**A –** Transportation regulations vary by jurisdiction/county. In Canada, Australia and the European Union the product would be regulated by Aluminum corrosion only. It's recommended to review and verify your local transportation regulations.

**Q –** How does it work?
**A –** Conventional acids like HCl have molecules that are unstable, and therefore react violently on various materials such as calcite, iron, and skin. HCR-2000 molecules have a much stronger bonds, resulting in a product that mitigates these violent reactions.

**Q –** Is it Hazardous?
**A –** Although there is no formal regulatory definition to the term 'Hazardous', HCR-2000 can be considered 'Non-Hazardous' from a handling perspective.
***NOTE:*** *HCR-2000 is considered corrosive to eyes, eye protection is required. Ensure eyewash stations are readily available to mitigate the risk.*

**Q –** Is a shower unit required for operations?
**A –** HCR-2000 is 'non-irritating' to skin tissue; therefore the determination of a safety shower unit will be dictated by an operational risk assessment or the operator's safety policy, as it is not a legal requirement.

**Q –** How much rock will HCR-2000 dissolve?
**A –** In laboratory settings a 50% HCR-2000 dilution will dissolve roughly 140 kg/m³ (1170 lb/1000gal) of $CaCO_3$. However, due to its ability to dissolve additional minerals present in formation rock/scale a 50% HCR-2000 dilution can dissolve similar amounts as a 15% HCl acid. Test data available upon request.

**Q –** How do you neutralize HCR-2000?
**A –** HCR-2000 is neutralized in the same manner as HCl acid, by utilizing a caustic/base such as Soda Ash ($Na_2CO_3$), Calcium Carbonate ($CaCO_3$) or Magnesium Oxide (MgO).

*Recommendations given in this manual are based on tests believed to be reliable. However, the use of the information is beyond the control of Fluid Energy Group Ltd., and no guarantee, expressed or implied is made to the results obtained if not used in accordance with directions or established safe practice. The buyer must assume all responsibility, including injury or damage from the misuse of the product as such, or in combination with other materials. This bulletin is not to be taken as a license to operate under or recommendation to infringe any patent. All rights reserved. Fluid Energy Group Ltd., copyright 2014.*



104, 214 - 11th Avenue SE
Calgary, AB, CAN  T2G 0X8
Main Office:  (403) 463-5843
Facility/Orders:  (403) 474-2003

www.fluidenergygroup.com

Version 6.01

# QUALITY CONTROL

***NOTE:*** *It may be required to conduct onsite QC to verify HCR-2000 strength;*

**Determination of HCR-2000 Dilution by Titration:**
- Pull clean sample of HCR-2000 from bottom of tank
- Although HCR-2000 is not hydrochloric acid, the product can be titrated by the same procedures for ease of standardized practice
   - **NOTE:**  Follow standard titration procedures for HCl acid
   - Confirm if 1N, 2N or 5N NaOH is used and the corresponding volume of HCR-2000 is utilized to titrate  (1cc, 2cc, or 5cc)  *1cc = 1ml*
   - Find the percentage of HCR-2000 from the chart, or the following calculation may be used if corresponding value is not referenced in chart

$$\% \text{ HCR-2000} = \frac{\text{Volume (ml) NaOH} \times 24.5}{\text{S.G. of corresponding \% HCR-2000}}$$

| HCR-2000 Dilution | 1N NaOH Volume Required | S.G. | Total Salinity |
|---|---|---|---|
| 100% | 4.7 cc | 1.15 | 36% |
| 66% | 3.0 cc | 1.10 | 24% |
| 50% | 2.2 cc | 1.08 | 18% |
| 33% | 1.5 cc | 1.05 | 12% |

*If specifications fall within +/-2%, product is acceptable for field operations.*

***NOTE:*** *Final blend S.G. is based on using fresh water only, always verify water source and adjust accordingly. See below example:*
- Multiply percentage of mix water used by S.G. of mix water
- Multiply percentage of HCR-2000 used by S.G. of HCR-2000
- Add together for resulting final blend S.G.
- ***i.e.*** *Water with a S.G. of 1.02 mixed with 100% HCR-2000 to make a 33% dilution; 66% Water x 1.02 = 0.67 and 33% HCR x 1.15 = 0.38; so 0.67 + 0.38 = 1.05 S.G.*

***NOTE:*** *There is no known shelf life to HCR-2000 once properly blended with water and it will not separate out, although agitation is suggested for longer storage periods.*

*Recommendations given in this manual are based on tests believed to be reliable. However, the use of the information is beyond the control of Fluid Energy Group Ltd., and no guarantee, expressed or implied is made to the results obtained if not used in accordance with directions or established safe practice. The buyer must assume all responsibility, including injury or damage from the misuse of the product as such, or in combination with other materials. This bulletin is not to be taken as a license to operate under or recommendation to infringe any patent. All rights reserved. Fluid Energy Group Ltd., copyright 2014.*



104, 214 - 11th Avenue SE
Calgary, AB, CAN  T2G 0X8
Main Office:  (403) 463-5843
Facility/Orders:  (403) 474-2003

www.fluidenergygroup.com

Version 6.01

# BLENDING/MIXING INSTRUCTIONS

HCR-2000 is normally delivered as a concentrate and diluted on location, it is important to ensure proper mixing occurs.  While any water source can be utilized, high salinity waters (>15% salinity) should be pre-tested prior to operations taking place.

HCR-2000 is heavier than fresh water, and will remain on the bottom of tanks if not mixed sufficiently.  Once mixed properly however no separation will occur.

The follow procedures are suggested for blending of the HCR-2000:
- Determine necessary dilution of product
- Load required volume of concentrated HCR-2000 into tank or truck.
- Load required volume of water through bottom port
- Circulate mixture for 1 tank volume
    - On tanks it is suggested to utilize a bottom valve for suction, and the riser/standpipe for return – utilize threaded unions wherever possible
- Flush lines with water

**NOTE:** *Unlike HCl acid, HCR-2000 will not exhibit high amounts of exothermic heat when mixed with water and is non-fuming.*


# SAFETY REQUIREMENTS

With the eye testing categorization of the product it is required to utilize goggles and ensure there is access to an eye wash bottle/station at a minimum for every operation. HCR-2000 is considered a strong acid therefore appropriate chemical handling PPE is always recommended, as well as an operational risk assessment for each situation.

HCR-2000 is 'non-irritating' to skin tissue therefore the determination of a safety shower will be dictated by the risk assessment or the operator's safety policy, as it is not a legal requirement.

HCR-2000 is non-fuming, no special respirators are required. Avoid contact with open wounds.

**NOTE:** *Dermal and Ocular testing completed on concentrated product. As product is diluted, the handling profile is reduced further.*

*Recommendations given in this manual are based on tests believed to be reliable. However, the use of the information is beyond the control of Fluid Energy Group Ltd., and no guarantee, expressed or implied is made to the results obtained if not used in accordance with directions or established safe practice. The buyer must assume all responsibility, including injury or damage from the misuse of the product as such, or in combination with other materials. This bulletin is not to be taken as a license to operate under or recommendation to infringe any patent. All rights reserved. Fluid Energy Group Ltd., copyright 2014.*



104, 214 - 11th Avenue SE
Calgary, AB, CAN  T2G 0X8
Main Office:  (403) 463-5843
Facility/Orders:  (403) 474-2003

ENERGY GROUP LTD.

www.fluidenergygroup.com

Version 6.01

## STORAGE

HCR-2000 has exceptionally low associated corrosion rates on steel. It is recommended that product be stored long-term in drums/IBC totes, fiberglass/HDPE tanks or approved acid lined tanks.  Fittings and valves should be HDPE, or stainless steel, rather than the typical cast iron. Short-term storage (<24 hours) and/or delivery methods can include steel or lined steel tanks; however there is a risk of product contamination from previous fluids with this method. HCR-2000 is freeze-thaw stable, however if heating of the product is required it is suggested to utilize a stainless steel heat exchanger or tank steam coils if equipped.  Ensure the temperature of the heating fluid is kept to **65°C (150°F) or below** so as not to alter HCR-2000 properties.

**Approximate Freeze Points:**   Note: Based on dilution with *fresh water* and no other additives.

| | |
|---|---|
| 100% Concentrate: | - 30°C  (-20°F) |
| 50% Dilution: | - 15°C  (5°F) |
| 33% Dilution: | - 10°C  (15°F) |

## SHIPPING & HANDLING

HCR-2000 is considered *'corrosive to 7075 aluminum @ 55°C (130°F)'* under most Transportation regulations.  Review and verify your local transportation regulations.

**UN1760 Corrosive Liquids N.O.S.  Class 8, Packing Group III** placards and labels will be displayed;  however it is not corrosive from a dermal perspective.

HCR-2000 has a pH of less than 1.0,  chemical approved fittings, hoses and pumping equipment should always be utilized.

HCR-2000 can be shipped in IBC tote containers, or by bulk container methods, and has a storage life of over one year - keep container closed when not in use.  As with all chemical products and materials take care as to how you handle and where you store them. Personal protective equipment (PPE) is suggested for use when handling this product (goggles are required);  however no special gloves or suits are necessary. Consult MSDS for complete handling instructions.

*Recommendations given in this manual are based on tests believed to be reliable. However, the use of the information is beyond the control of Fluid Energy Group Ltd., and no guarantee, expressed or implied is made to the results obtained if not used in accordance with directions or established safe practice. The buyer must assume all responsibility, including injury or damage from the misuse of the product as such, or in combination with other materials. This bulletin is not to be taken as a license to operate under or recommendation to infringe any patent. All rights reserved. Fluid Energy Group Ltd., copyright 2014.*



104, 214 - 11th Avenue SE
Calgary, AB, CAN  T2G 0X8
Main Office:  (403) 463-5843
Facility/Orders:  (403) 474-2003

www.fluidenergygroup.com

Version 6.01

Fluid Energy Group Ltd.
#104, 214 – 11th Avenue SE
Calgary, Alberta, Canada T2G 0X8
+1 (403) 463-5843

# Safety Data Sheet

## 1. Identification

| | |
|---|---|
| **Product identifier:** | Enviro-Syn HCR-2000 Series |
| **General description:** | Synthetic Acid |
| **Recommended use:** | Acid Replacement |
| **Restriction(s) on use:** | None |
| **Emergency phone number:** | Chemtrec 1-800-424-9300 |

## 2. Hazard(s) Identification

| Hazardous Material Index Score (HMIS) Rating | HMIS Rating | |  |
|---|---|---|---|
| | Health | 1 | |
| | Flammability | 0 | |
| | Physical Hazard | 1 | |
| | Personal Protection | D | NFPA Rating |
| **WHMIS Classification:** | Class E – *by Aluminum Corrosion only* | | |
| | Class D2B – Eye Irritation | | |
| **GHS Classifications:** | Warning - May be corrosive to metals – H290 | | |
| | Warning –May be harmful if swallowed – H303 | | |
| | Danger – Causes serious eye damage – H318 | | |

## 3. Composition and Information on Ingredients

| Chemical Name | % by Weight | CAS# | EINECS# |
|---|---|---|---|
| Synthetic Salts | Exempt by HMIRA Registry #9211 2014-05-02 | Exempt by HMIRA Registry #9211 2014-05-02 | N/A |
| Water | 40-70 | 7732-18-5 | 231-791-2 |

No probable, possible or confirmed human carcinogens by IARC present at levels greater than or equal to 0.1%.  Any ingredients not listed are considered non-controlled, or below any required ingredient disclosure concentrations.

## 4. First Aid Measures

| | |
|---|---|
| **Eyes:** | Flush with water for at least 15 minutes while holding eyelids open.  Call a physician if irritation persists. |
| **Skin:** | Remove contaminated clothing.  Wash exposed area with soap and water.  Call a physician if rash or other symptoms develop.  Launder clothes before reuse. |
| **Ingestion:** | If ingested, may cause loose stools.  Drink plenty (3-4 glasses) of water and consult a physician.  Do not induce vomiting. |
| **Inhalation:** | Remove to fresh air.  Treat symptoms.  Seek medical attention if required. |

*Recommendations given in this manual are based on tests believed to be reliable. However, the use of the information is beyond the control of Fluid Energy Group Ltd., and no guarantee, expressed or implied is made to the results obtained if not used in accordance with directions or established safe practice. The buyer must assume all responsibility, including injury or damage from the misuse of the product as such, or in combination with other materials. This bulletin is not to be taken as a license to operate under or recommendation to infringe any patent. All rights reserved. Fluid Energy Group Ltd., copyright 2014.*

Fluid
ENERGY GROUP LTD.

104, 214 - 11th Avenue SE
Calgary, AB, CAN T2G 0X8
Main Office: (403) 463-5843
Facility/Orders: (403) 474-2003

www.fluidenergygroup.com

Version 6.01

## 5. Fire-Fighting Measures

| | |
|---|---|
| **Flash Point:** | Not applicable as this is a water-borne product |
| **Lower Explosive Limit:** | Not applicable as this is a water-borne product |
| **Upper Explosive Limit:** | Not applicable as this is a water-borne product |
| **Extinguishing media:** | Non-flammable, water-borne product |
| **Unusual Fire and Explosion Hazards:** | None |

## 6. Accidental Release Measures

| | |
|---|---|
| **Personal precautions:** | Keep unnecessary personnel away. Do not touch or walk through spilled material. Do not handle damaged containers or spilled material unless wearing appropriate protective clothing. |
| **Methods for containment:** | Stop leak if you can do so without risk. Prevent entry into waterways, sewers, basements or confined areas. |
| **Methods for cleaning up:** | Before attempting to clean up, refer to hazard data given above. Small spills may be absorbed with non-reactive absorbent and placed in suitable, covered, labeled containers. Prevent large spills from entering sewers and waterways. Never return spills in original containers for re-use. Product can be neutralized with water, baking soda or soda ash. Dispose in accordance to local and federal regulations. Always sample spill and calculate via titration the suitable amount of material to be used to properly neutralize. |

## 7. Handling and Storage

| | |
|---|---|
| **General Handling and Storage Precautions:** | As with all chemical products and material, take care as to where and how you store them. Safety goggles and gloves shall be worn when handling. Exposure can also be limited by preventing eating/drinking/smoking in work areas, removing contaminated clothing before entering eating areas, and washing hands before eating/drinking/smoking. |
| **Shelf Life:** | No known limit. Recommended: Use within 1 year. |
| **Special sensitivity:** | None |
| **Storage and other Precautions:** | For increased shelf life keep in a closed container away from incompatible materials (e.g. bases, strong oxidizing agents, or strong reducing agents). |

*Recommendations given in this manual are based on tests believed to be reliable. However, the use of the information is beyond the control of Fluid Energy Group Ltd., and no guarantee, expressed or implied is made to the results obtained if not used in accordance with directions or established safe practice. The buyer must assume all responsibility, including injury or damage from the misuse of the product as such, or in combination with other materials. This bulletin is not to be taken as a license to operate under or recommendation to infringe any patent. All rights reserved. Fluid Energy Group Ltd., copyright 2014.*



104, 214 - 11th Avenue SE
Calgary, AB, CAN  T2G 0X8
Main Office:  (403) 463-5843
Facility/Orders:  (403) 474-2003

www.fluidenergygroup.com

Version 6.01

## 8. Exposure Controls and Personal Protection

| Components | OSHA PEL | ACGIH TLV | Other Limit Recommended |
|---|---|---|---|
| Synthetic Salts | N/A | N/A | N/A |
| **Respiratory protection:** | Where exposure guideline levels may be exceeded, use an approved NIOSH respirator | | |
| **Ventilation:** | None required (substance does not generate fumes). | | |
| **Protective equipment:** | As with any chemical, care should be taken as not to get anything in the eyes.  Safety goggles and appropriate gloves are required for use. | | |

The availability of an eye wash station/fountain is required (a safety shower is suggested for large volume or high exposure applications).  If clothing is contaminated, remove clothing and thoroughly wash the affected area.  Launder contaminated clothing before reuse.

## 9. Physical and Chemical Properties

| Properties evaluated at 21°C | | Initial freezing point: | c. -30°C (-20°F) |
|---|---|---|---|
| **Appearance:** | Clear, amber liquid | **Initial boiling point:** | c. 100°C (210°F) |
| **Odour:** | Mild odour | **Flash point:** | n/a (section 5) |
| **Specific gravity:** | 1.15 ± 0.02 | **Solubility:** | Complete/100% |
| **pH:** | <1.0 | | |

Note: these physical properties are typical values for this product and not specifications

## 10. Stability and Reactivity

| **Chemical stability:** | Stable under normal storage conditions. |
|---|---|
| **Incompatibility:** | Do not mix with strong bases, strong oxidizing agents, or strong reducing agents. |
| **Hazardous polymerization:** | Will not occur. |
| **Hazardous decomposition products:** | Carbon oxides & nitrogen oxides are produced under severe heat (above boiling) or fire conditions |

## 11. Toxicological Information

| Toxicity Studies on Enviro-Syn HCR-2000 | |
|---|---|
| Toxicity limits: | LD50 >2000 mg/kg (rat oral) |
| Mutagenicity limits: OECD Guideline 471: | Not Mutagenic |
| Dermal irritation testing: OECD Guideline 404: | Non-Irritant |
| Eye Irritation testing: OECD Guideline 405: | Causes eye damage |

*Recommendations given in this manual are based on tests believed to be reliable. However, the use of the information is beyond the control of Fluid Energy Group Ltd., and no guarantee, expressed or implied is made to the results obtained if not used in accordance with directions or established safe practice. The buyer must assume all responsibility, including injury or damage from the misuse of the product as such, or in combination with other materials. This bulletin is not to be taken as a license to operate under or recommendation to infringe any patent. All rights reserved. Fluid Energy Group Ltd., copyright 2014.*



**ENERGY GROUP LTD.**

104, 214 - 11th Avenue SE
Calgary, AB, CAN  T2G 0X8
Main Office:  (403) 463-5843
Facility/Orders:  (403) 474-2003

www.fluidenergygroup.com

Version 6.01

| 12. | Ecological Information |
|---|---|
| Ecological Studies on Enviro-Syn HCR-2000 | |
| Test procedure: OECD 301F | |
| Test results conclude Enviro-Syn HCR-2000 was found to be Biodegradable. | |
| 96-hour LC50 (rainbow trout) >500 mg/L | |
| 48-hour LC50 (*Daphnia*) >500 mg/L (48-hour LC25 >500 mg/L) | |
| 48-hour IC50 (*Daphnia*) >500 mg/L (48-hour IC25 >500 mg/L) | |
| Bioaccumulative potential is not available for Enviro-Syn HCR-2000, but its proprietary ingredients have very low potential bioaccumulative potential based upon literature BCF's and log $K_{ow}$. | |
| 13. | Disposal Considerations |
| **Disposal instructions:** | Review federal, state/provincial, and local government requirements prior to disposal. Waste must be disposed of in accordance with federal, state/provincial and local environmental control regulation. |
| **Waste from residues/unused products:** | Dilute any unused product using water, baking soda and/or soda ash to a neutral pH state and dispose as above. |
| **Waste codes / environmental regulations:** | Not available. |
| 14. | Transport Information |
| USA DOT: Non-Regulated for ground transportation only, as per exemption 49CFR 173.154 (d) | |
| Canada TDG: Synthetic Salts (Exempt by HMIRA Registry #9211 2014-05-02) | |
| Hazard Class 8, UN1760, PGIII (by aluminum corrosion only) | |
| IMDG (water): Hazard Class 8, UN1760, PGIII (by aluminum corrosion only) | |
| IATA (air): Hazard Class 8, UN1760, PGIII (by aluminum corrosion only) | |

*Recommendations given in this manual are based on tests believed to be reliable. However, the use of the information is beyond the control of Fluid Energy Group Ltd., and no guarantee, expressed or implied is made to the results obtained if not used in accordance with directions or established safe practice. The buyer must assume all responsibility, including injury or damage from the misuse of the product as such, or in combination with other materials. This bulletin is not to be taken as a license to operate under or recommendation to infringe any patent. All rights reserved. Fluid Energy Group Ltd., copyright 2014.*



104, 214 - 11th Avenue SE
Calgary, AB, CAN  T2G 0X8
Main Office:  (403) 463-5843
Facility/Orders:  (403) 474-2003

www.fluidenergygroup.com

Version 6.01

| 15. | Regulatory Information |
|---|---|

**CANADA**
**WHMIS - Class D2B: Eye Irritation**
    **Class E,** *Note: This product is considered corrosive to aluminum, >6.25 mm/yr @ 55°C (130°F).*
**Domestic Substances List (DSL)** Ingredients are listed on Canada's DSL List.
**US FEDERAL**
**Toxic Substances Control Act (TSCA)** All of the ingredients are listed on the chemical inventory.
**Chemical Test Rules** None of the ingredients in this product are under a Chemical Test Rule.
**Section 12b** None of the ingredients are listed under TSCA Section 12b.
**Significant New Use Rule** None of the ingredients in this product has a SNUR under TSCA.
**CERCLA**
  **Hazardous Substances and Reportable Quantities** None of the ingredients have a RQ.
**SARA Section 313** No ingredients are reportable under Section 313.
**Clean Water Act:** None of the ingredients are listed as Hazardous, Priority Pollutants or toxic pollutants
**OSHA:** None of the ingredients in this product are considered highly hazardous by OSHA.
**STATE** This chemical is not present on state lists from CA, PA, MN, MA, FL, or NJ.
**California Prop 65** California No Significant Risk Level: None of the ingredients are listed.
**European/International Regulations**
**European Labeling in Accordance with EC Directives**
**Hazard Symbols:** Warning – May be corrosive to metals; Warning –May be harmful if swallowed; Warning – Causes serious eye damage
**Risk Phrases:** R36 - Irritating to eyes
**Safety Phrases:** S26/36 – In case of contact with eyes, rinse immediately with plenty of water. Wear suitable protective clothing.
**REACH Status:** Pre-registered
**Australia (AICS)** Listed on Australian Inventory of Chemical Substances
    **(HSIS)** Not listed on SafeWork Australia, Hazardous Substances Information System
**New Zealand (NZIoC)** Listed
**China (IECSC)** Listed
**Japan (ENCS)** Listed
**Korea (ECL)** Listed

| 16. | Other Information |
|---|---|
| Revision date: | 24/07/2014 |

The information accumulated herein is believed to be accurate based on the information provided, although no guarantee or warranty, either expressed or implied is made as to the accuracy or completeness of this information, whether originating with this company or not.  Recipients are advised to confirm in advance of need that the information is correct, applicable and suitable to their circumstances.  The conditions or methods of handling, storage, use and disposal of the product and container are beyond our control and may be beyond our knowledge.  For this and other reasons, we do not assume responsibility and expressly disclaim liability for loss, damage or expense arising out of or in any way connected with the handling, storage or use of this information or product.  If the product is used as a component in another product, this information may not be applicable.

*Recommendations given in this manual are based on tests believed to be reliable. However, the use of the information is beyond the control of Fluid Energy Group Ltd., and no guarantee, expressed or implied is made to the results obtained if not used in accordance with directions or established safe practice. The buyer must assume all responsibility, including injury or damage from the misuse of the product as such, or in combination with other materials. This bulletin is not to be taken as a license to operate under or recommendation to infringe any patent. All rights reserved. Fluid Energy Group Ltd., copyright 2014.*



104, 214 - 11th Avenue SE
Calgary, AB, CAN  T2G 0X8
Main Office:  (403) 463-5843
Facility/Orders:  (403) 474-2003

www.fluidenergygroup.com

Version 6.01

## CONTACTS

### Fluid Energy Group – Head Office:
104, 214 – 11th Avenue SE, Calgary, AB
(403) 463-5843              Head Office

### Fluid Energy Group – Manufacturing Facility:
For all bulk loads, IBC Totes, drums, and pails
Calgary, AB
(403) 474-2003              Foothills Industrial Park

### Field Stock Points:
For IBC totes, small bulk loads, and/or pressure truck provisions

Fort St. John, BC
(250) 785-5948              Aggressive Energy

Sexsmith, AB
(780) 380-8655              Energetic Services

Red Deer, AB
1-855-428-5224              Haulin' Acid
(403) 896-6000              2-Good Oilfield Services

Oxbow, SK
(306) 483-2130              Courage Oilfield Services

*Recommendations given in this manual are based on tests believed to be reliable. However, the use of the information is beyond the control of Fluid Energy Group Ltd., and no guarantee, expressed or implied is made to the results obtained if not used in accordance with directions or established safe practice. The buyer must assume all responsibility, including injury or damage from the misuse of the product as such, or in combination with other materials. This bulletin is not to be taken as a license to operate under or recommendation to infringe any patent. All rights reserved. Fluid Energy Group Ltd., copyright 2014.*



104, 214 - 11th Avenue SE
Calgary, AB, CAN T2G 0X8
Main Office: (403) 463-5843
Facility/Orders: (403) 474-2003

www.fluidenergygroup.com

Version 6.01

## NOTES:

*Recommendations given in this manual are based on tests believed to be reliable. However, the use of the information is beyond the control of Fluid Energy Group Ltd., and no guarantee, expressed or implied is made to the results obtained if not used in accordance with directions or established safe practice. The buyer must assume all responsibility, including injury or damage from the misuse of the product as such, or in combination with other materials. This bulletin is not to be taken as a license to operate under or recommendation to infringe any patent. All rights reserved. Fluid Energy Group Ltd., copyright 2014.*



104, 214 - 11th Avenue SE
Calgary, AB, CAN  T2G 0X8
Main Office:  (403) 463-5843
Facility/Orders:  (403) 474-2003

www.fluidenergygroup.com

Version 6.01

## NOTES:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*Recommendations given in this manual are based on tests believed to be reliable. However, the use of the information is beyond the control of Fluid Energy Group Ltd., and no guarantee, expressed or implied is made to the results obtained if not used in accordance with directions or established safe practice. The buyer must assume all responsibility, including injury or damage from the misuse of the product as such, or in combination with other materials. This bulletin is not to be taken as a license to operate under or recommendation to infringe any patent. All rights reserved. Fluid Energy Group Ltd., copyright 2014.*