# EXHIBIT "R"

**From:** John Macdonald [mailto:jmac@enviromfg.com]
**Sent:** Monday, September 22, 2014 1:04 PM
**To:** Jeremy Meehleib
**Subject:** Enviro-Syn HCR

Jeremy,

I was provided your contact information by Jeff Stainfield our Texas rep. Thank you for taking his call today.

Based on today's conversation and a conversation he had in the CalFrac booth at the DUG Conference the week of September 15, 2014 with Chris Cummins, it is my understanding that CalFrac had a video conference with a former licensee of ours on Monday September 15th, 2014 by the name of Fluid Energy Group.

It is my understanding that CalFrac is now having mixed results with the product. Please be assured that this is not the same material that CalFrac had originally been presented with and tested in the beginning stages of the relationship which would explain any mixed results.

Attached is correspondence I sent to CalFrac on July 25th 2014 advising CalFrac of our standing on the situation.

If you have any questions or concerns, please feel free to contact me direct.

John MacDonald
Heartland Energy Group, Ltd
Cell: 321-543-2764