# EXHIBIT "T"



# FINANCIAL TABLE

Date: 16 October 2014

**20282/RD**

1. FLUID ENERGY GROUP LTD. (Canada) 2. FLUID LUX S.A.R.L. (Luxembourg) 3. Clay Purdy (Canada) 4. Darren Thatcher (Canada) **vs/** HEARTLAND ENERGY GROUP, LTD (Seychelles)

The following table reflects the financial situation of the arbitration.

### AMOUNT IN DISPUTE

| Amount in dispute | US$ 6 371 870 |
|---|---|
| Principal claims | US$ 4 371 870 |
| Counterclaims | US$ 2 000 000 |

### ADVANCE ON COSTS FIXED BY THE COURT ON 18 September 2014

| | | |
|---|---|---|
| Administrative expenses | | US$ 48 445 |
| Arbitrators' fees may vary | | |
| between a minimum of | US$ 34 523 x 3 = 103 569 | |
| and a maximum of | US$ 154 384 x 3 = 463 152 | |
| Estimated fees and expenses | | US$ 301 555 |
| Total | | US$ 350 000 |

Advances on costs are subject to later readjustments (Article 36(5)).

### PROVISIONAL ADVANCE FIXED BY THE SECRETARY GENERAL on 5 June 2014
*(Based on an amount in dispute of US$ 4 371 870)*

| Amount | US$ 80 000 |
|---|---|

### PAYMENTS BY THE PARTIES

**PAYMENTS RECEIVED**

| Claimants | US$ 175 000 |
|---|---|
| Respondent | US$ 175 000 (including the filing fee for the Request for Joinder) |
| **Total** | **US$ 350 000** |

**INTERNATIONAL CHAMBER OF COMMERCE (ICC)**
**INTERNATIONAL COURT OF ARBITRATION**®
SICANA, INC., 1212 Avenue of the Americas, New York, NY 10036, USA
T +1 646 699 5709  F +1 212 221 1295
E ica9@iccwbo.org   www.iccarbitration.org